July 5, 2005

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-5438
Fax: (412) 565-3019

Clerk's Office
U.S. District Court for the
 Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

Re:   Rankine v. Wolfe, et al.
      Civil Action No.  03-313Erie

Dear Sir/Madam:

Please file the enclosed Withdrawal/Entry of Appearance in the above-captioned case.

Thank you.


Sincerely yours,



Kemal Alexander Mericli
Senior Deputy Attorney General

KAM/pm
Enclosure

cc:  Derrick A. Rankine, EU-5850

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Withdrawal/Entry of Appearance was served upon the following individuals via first-class mail on July 5, 2005:

Derrick A. Rankine, EU-5850
State Correctional Institution
　at Greene
175 Progress Drive
Waynesburg, PA 15370-8089

                                    By:   /s/ Kemal Alexander Mericli
                                                  Kemal Alexander Mericli
                                                  Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  July 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK A. RANKINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-313 Erie |
| RAYMOND SOBINA, et al., | ) ) ) |
| Defendants. | ) ) |

## WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General, and enter my appearance Kemal Alexander Mericli, Senior Deputy Attorney General on behalf of the Sobina, McNelis, Hughes, Troyan, Mailman, Heckman, Herdman, Castania, Cross, Bertolino, Simosko, Munion, Prince, Chapley, Fey, Lucas, Heiss, Huber, Kromell, Stayer, Delosh, Wilson, Joseph and Mulligan in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   /s/ Kemal Alexander Mericli
Kemal Alexander Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  July 5, 2005