United States District Court
Western District Pennsylvania
Erie Pennsylvania 16501.

Derrick Rankine
    Vs.
Superintendent Sobina et al

C.A. #03-313 Erie.

Notice of Appeal of Order dismissing Plaintiff original and First Amended Complaints.

1) Plaintiff, Derrick Rankine received this order on August 9, 2005 that is today at SCI-Fayette.

2) Plaintiff is preparing this timely Notice of Appeal today August 9, 2005 and will be mailing this Notice of Appeal on August 10, 2005.

3) When Plaintiff contacted the United States Marshall's Service to served the Amended Complaints on the defendants, Plaintiff was told that no order was issued by the Judge for the Amended Complaint or the original complaint to be served on the defendant and since Plaintiff is an indigent inmate Plaintiff could not order the United States Marshall to served the above complaints.

4) Plaintiff also filed a motion to the Court asking the Court to have the United States Marshall served these complaints on the defendant in January 2005.

5) This clearly shows again the biase and perjudice of the Magistrate Judge again the Plaintiff and again Plaintiff moves for the recusal of said Magistrate Judge from this case.

Wherefore for the above reasons Plaintiff now files this timely Notice of Appeal today August 9, 2005.

Respectfully Submitted
Derrick Rankins
EU 5850
SCI - Fayette
P.O. Box 9999
Labelle, PA 15450

8/9/05.

Note: that the above order was mailed to SCI-Greene, even through the Plaintiff has been at SCI-Fayette from May 4, 2005 and the Court is fully aware of this fact. D.R

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16501.

Derrick Rankine
        Vs                           CA# 03-313 Erie
Superintendent Sobina et Al,

Proof of Service and Verification.

Plaintiff, Derrick Rankine swears under oath and the penalty of perjury that all statements in the within motions are true and that a copy of this notice of Appeal will be given to prison officials on 08/10/05 to be mailed to Mr. Kemal Mericli Office of Attorney General, 564 Forbes Ave Manor Complex, Pittsburgh 15219; pursuant to 28 U.S.C.S. 1746.

Respectfully Submitted
Derrick Rankine
EU5850
SCI-Fayette
P.O. Box 9999
LaBelle PA 15450

08/9/05.