IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK RANKINE,  )
      Plaintiff,  )
  )
v.  )  Civil Action No. 03-313 Erie
  )
SUPERINTENDENT SOBINA, et al,  )
      Defendants.  )

## DELINQUENCY NOTICE

The Court's record indicates that the Defendants' Answer, or a Motion to Dismiss and/or for Summary Judgment, addressing all the claims of the original and amended complaints, was to be filed twenty days from the return of the case file to this District Court. The case file was returned by the Court of Appeals on August 19, 2005. The Defendants are directed to file an Answer, or re-file a Motion to Dismiss and/or for Summary Judgment on or before October 14, 2005. Failure to comply with this notice may result in sanctions to be imposed by the Court.

Sincerely,

*Leslie R. Wallen*
Leslie R. Wallen
Judicial Assistant/Courtroom Deputy
to Judge Baxter

cc: all parties of record