IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK A. RANKINE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-0313E |
| | ) | |
| V. | ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| Superintendent **RAYMOND J. SOBINA;** | ) | |
| **UNIT MANAGER McNELIS; UNIT** | ) | |
| **COUNSELOR HUGHES; C.O.** | ) | |
| **TROJAN; UNIT MANAGER** | ) | |
| **MAILMAN; C.O. HECKMAN; UNIT** | ) | |
| **COUNSELOR HERDMAN; SGT.** | ) | |
| **CASTINA; MEMBERS OF THE PRC;** | ) | |
| **HEARING EXAMINER CROSS; MARY** | ) | |
| **ANN BERTOLINO; LT. STEVE** | ) | |
| **SIMOSKO; C.O. MUNION; C.O.** | ) | |
| **PRINCE a/k/a Pritts; C.O. CHAPLEY;** | ) | |
| **C.O. FEY; C.O. LUKE; C.O. HEISS;** | ) | |
| **C.O. HUBER; C.O. KROMELL; SGT.** | ) | |
| **STAYER; SGT. DELOSH; LT. T. J.** | ) | |
| **WILSON; JOSEPH Grievance** | ) | |
| **Coordinator; MOLLIGAN,** | ) | **Electronically Filed** |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Motion to Dismiss Plaintiff's Original Complaint, First Amended Complaint, and Second Amended Complaint,** Or In the Alternative, **Motion for More Definite Statement**, it is hereby **ORDERED** that said motion to dismiss is **GRANTED**, and Plaintiff's complaints **DISMISSED** accordingly.

BY THE COURT;

_____
J.

2

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Motion to Dismiss Plaintiff's Original Complaint, First Amended Complaint, and Second Amended Complaint,** Or In the Alternative, **Motion for More Definite Statement**, it is hereby **ORDERED** that said motion for more definite statement is **GRANTED**.

BY THE COURT;

_____
J.