IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK A. RANKINE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-0313E |
| | ) | |
| V. | ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| Superintendent RAYMOND J. SOBINA; | ) | |
| UNIT MANAGER McNELIS; UNIT COUNSELOR HUGHES; C.O. TROJAN; UNIT MANAGER MAILMAN; C.O. HECKMAN; UNIT COUNSELOR HERDMAN; SGT. CASTINA; MEMBERS OF THE PRC; HEARING EXAMINER CROSS; MARY ANN BERTOLINO; LT. STEVE SIMOSKO; C.O. MUNION; C.O. PRINCE a/k/a Pritts; C.O. CHAPLEY; C.O. FEY; C.O. LUKE; C.O. HEISS; C.O. HUBER; C.O. KROMELL; SGT. STAYER; SGT. DELOSH; LT. T. J. WILSON; JOSEPH Grievance Coordinator; MOLLIGAN, | ) | **Electronically Filed** |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Motion to Dismiss Plaintiff's Original Complaint, First Amended Complaint, and Second Amended Complaint,** Or in the Alternative **Motion for More Definite Statement** was served upon the following via first-class mail:

DERRICK A. RANKINE
EU-5850
SCI-Fayette
P.O. Box 9999
Labelle, PA  15450

2

   /s/ Kemal Alexander Mericli
Kemal Alexander Mericli
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-7680

Date:   October 14, 2005