**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DERRICK A. RANKINE,** **Plaintiff,** **V.** **Superintendent RAYMOND J. SOBINA; UNIT MANAGER McNELIS; UNIT COUNSELOR HUGHES; C.O. TROJAN; UNIT MANAGER MAILMAN; C.O. HECKMAN; UNIT COUNSELOR HERDMAN; SGT. CASTINA; MEMBERS OF THE PRC; HEARING EXAMINER CROSS; MARY ANN BERTOLINO; LT. STEVE SIMOSKO; C.O. MUNION; C.O. PRINCE a/k/a Pritts; C.O. CHAPLEY; C.O. FEY; C.O. LUKE; C.O. HEISS; C.O. HUBER; C.O. KROMELL; SGT. STAYER; SGT. DELOSH; LT. T. J. WILSON; JOSEPH Grievance Coordinator; MOLLIGAN,** **Defendants.** | **Civil Action No. 03-0313E** **Judge Sean J. McLaughlin** **Mag. Judge Susan Paradise Baxter** **Electronically Filed** |

FILED
OCT 14 2005
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Exhibits 70

**MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT, FIRST AMENDED COMPLAINT, AND SECOND AMENDED COMPLAINT**

Or in the Alternative

**MOTION FOR MORE DEFINITE STATEMENT**

SCI-SOMERSET Fax:814-443-8153 Nov 17 '03 9:54 P.10

# Table OF Contents

RECEIVED
OCT - 1 2003
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Derrick Rankine
VS
Superintendent Sobina CA03-313E

1) List oF DeFendents. Pages 1 through 3.

(2) Statement oF Case Page 1.

3) Jurisdictional Statement Page 2

4) Complaint Page 2 through 10 to 13

(5) Relief Quested Page 13 to 16.

FILED
03 OCT 21 PA 4:39
CLERK
U.S. DISTRICT COURT

Appendices.

(1) Motion to proceed in Forma Pauperis Page 1 to 4

2) PlaintiFF Inmate Account Statement 2 Pages.

3) PlaintiFF Exhibits A-1, 2 Pages. A-1 to A-7; C-1 to C-13, 15 Pages; D-23 to D-34, 13 Pages. D-1 to D-11 11 Pages. E-5, 6 Pages. E-4, 3 Pages E-1 to E-6, 4 Pages; F-1 to F-18-19, 20 pages. G-1 to G-3, 3 Pages; N-1 to N-2, 2 pages;

Declaration 1 Page.

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507

Jerrick A. Rankine ] Jury Trial Requested.
VS.

Superintendent Sobina; SCI-Somerset, 1600 Walters Mill Ro Somerset. Pa. 15510.
Mr. McNelis, SCI-Somerset; 1600 Walters Mill Road, Somerset. Pa 15510; Unit Manager IA.
Miss Hughes; SCI-Somerset; 1600 Walters Mill Road Somerset. Pa. 15510; IA Unit Counselor.
C/O Trajan, SCI-Somerset, 1600 Walters Mill Road Somerset Pa. 15510. IA; 6AM to 2pm. Correctional Offi
Mr. Mailman. SCI-Somerset, 1600 Walters Mill Road Somerset Pa. 15510; J block unit Manager.
C/O Heckman; SCI-Somerset; 1600 Walters Mill Road Somerset Pa. 15510; JA 6A.M to 2pm Correctional Office
Mr. Herdman, SCI-Somerset; 1600 Walters Mill Roa Somerset Pa 15510; JA unit counselor.
Sgt Castina; J unit 6Am to 2pm Sgt. SCI-Somerse 1600 Walters Mill Road Somerset Pa. 15510.
Members of The PRC, SCI-Somerset; 1600 Walte Mill Road Somerset PA. 15510.
Mrs. Cross; SCI-Somerset 1600 Walters Mill Roa Somerset Pa. 15510; Hearing Examiner.
Lt. Bertolino, SCI-Somerset, 1600 Walters Mill R.

Somerset Pa. 15510; RHU unit manager.
Lt. Steve Simosko, SCI-Somerset, 1600 Walters Mill Ro...
Somerset Pa. 15510; RHU.
C/O Munion, SCI-Somerset; 1600 Walters Mill Road So...
set Pa. 15510; RHU
C/O Prince A.K.A. C/O Pritts, SCI-Somerset; 1600 Walte...
Mill Road, Somerset Pa. 15510 (RHU)
C/O Chapley; SCI-Somerset; 1600 Walters Mill Road
Somerset Pa. 15510.
C/O Fey. SCI-Somerset, 1600 Walters Mill Road, Some...
Pa. 15510
C/O Lucas, SCI-Somerset, 1600 Walters Mill Road, Some...
Pa. 15510; RHU
C/O Heiss, SCI-Somerset, 1600 Walters Mill Road, Som...
Pa. 15510.
C/O Huber; SCI-Somerset, 1600 Walters Mill Road
Somerset Pa. 15510
C/O Kromell, SCI-Somerset; 1600 Walters Mill Road
Somerset Pa. 15510
Sgt. Stayer and Sgt. Delosh, SCI-Somerset, 1600
Walters Mill Road. Somerset Pa. 15510, RHU.
Lt. T. J. Wilson, SCI-Somerset, 1600 Walters Mill Ro...
Somerset Pa. 15510.
Mr. Joseph. SCI-Somerset. 1600 Walters Mill Road
Somerset Pa. 15510, Facility Grievance Co-ordinator.
Mr. Milligan SCI-Somerset, 1600 Walters Mill Ro...

SCI-Somerset, 1600 Walters Mill Road, Somerset P 15510.

PlaintiFF, DERRICK RanKINE, moved For leave of court to Amend this complaint as the need may required to add any and all defendants, who may retaliated against PlaintiFF For bringing this civil Action to redress PlaintiFFs constitutional violation against these defendants. All of these defendants F being sued both individually and officially.

Defendant: The medical Administrator, SCI-Somerset 1600 Walters Mill Road, Somerset Pa. 15510 Name is unknown at this time, by PlaintiFF.

Respectfully Submit
Derrick Rankine
EU5850
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510

9/04/03.

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507

Derrick Rankine
Vs.
Superintendent Sobina et al.

Jury Tria Requested.

Statement of Case.

This is a 42 U.S.C. Sections 1983, 1985, 1986 and 1988 and 18 U.S.C. Sections 2, 241, 242 and 371 complaint fi[led] by state prisoner against prison officials for cons[pir]ing to: (1) obstructed the due administration of law in both state and federal courts (2) deny Plaintiff acce[ss] to the courts 3) subjected Plaintiff to cruel and unus[ual] punishment (4) deny Plaintiff due process of law (5) threatening Plaintiff with death and physical harm i[n] an effort to force Plaintiff to withdraw Plaintiff's la[w] suit against SCI-Albion staff 6) tampering with Plaintiff's incoming and outgoing mail; by destro[ying] or holding said mail until the deadline for Plaintiff t[o] response as passed (7) Falsifying documentation an[d] forcing Plaintiff to signed said documents under threats of death and physical harm; all in violation o[f] the 1st 4th 5th 8th and 14th Amendments to the Unite[d] States Constitution and while acting under color o[f] State [Law]

## Basis For Federal Jurisdiction.

This court exercise jurisdiction by 28 U.S.C. § 1:
1332 and 1341.

## Complaint

Plaintiff, Derrick Rankine, was transferred from SCI-Albion on June 3, 2003 to SCI-Somerset. Up[on] arriving at SCI-Somerset, Plaintiff was interveiwe[d] by SCI-Somerset, psychology department, medical sta[ff] and Lt John Doe with Mr. Molligan. During these interv[iew]s Plaintiff was repeated asked if Plaintiff wished to shared a cell with another inmate. Plaintiff repeatedly told each staff member that Plaintiff was diagnosed as "Manic depressive", insommia, with claustroprobia and extreme homoprobia; that Plaintiff have fought with all of Plaintiff's pervious cell sharers; therefore Plaintiff would like to be single celled permanentl[y]. Plaintiff was given a document to signed by Mr. Molli[gan] to this effect.

Plaintiff was then sent to IA cell 45 and for[ce]d into a cell with another inmate; under threats of death; physi[cal] harm and/or be taken to the RHU and raped and kille[d]. On June 4, 2003 Plaintiff sent a request to IA-U[nit] Manager, IA-Unit Counselor; Mr. McNelis and Miss Hughes respectively asking to be removed from cell [and] to a single cell. Plaintiff also sent a request to Su[per]intendent Sobina asking to be assigned a sin[gle]

3)

Plaintiff was Forced to remained in IA-45 until t[illegible] other inmate (A Known homosexual) complained that h[illegible] does Not want to continue sharing a cell with Plainti[illegible] does not sleep and does Not get undress in the ce[illegible] Plaintiff was then threatened with the Above threats b[illegible] C/O Trojan and moved to IA-49, on June 7, 2003. Plaintiff remained in IA-49 by himself without in-cident until June 10, 2003

On June 10, 2003 Inmate Thompson was assigned to IA-49 with Plaintiff. Plaintiff took t[illegible] requests From Superintendent Sobina, Mr. McNelis a[illegible] Miss Hughes and gave them to the Sergeant on duty This Sergeant immediately removed Inmate Thomps[illegible] From cell-49 on IA.

On June 11, 2003, Plaintiff returned From chur[illegible] to Find that C/O Trojan assigned another known h[illegible] sexual to Plaintiff's cell From pod DA. Plaintiff agai[illegible] took the requests From Superintendent Sobina, M[illegible] McNelis and Miss Hughes to C/O Trojan. After rea[illegible] these requests C/O Trojan called (someone "Mr. McNe[illegible] C/O Trojan then told me that I don't have a single c[illegible] as yet and therefore I must share a cell until I ar[illegible] given a single cell and that will be whenever I with-draw my law suit against SCI-Albion staff and havi[illegible] a homosexual relationship with him (C/O Trojan). Plaintiff then asked to speak to Mr. McNelis

Plaintiff was told by C/O Trojan that Mr. McNelis does not wished to speak with Plaintiff until Plainti withdraws Plaintiff's law suit against SCI-Albion st Plaintiff was then told by C/O Trojan that Plaintif would not live to see parole, if Plaintiff does not withdraw Plaintiff's law suit against SCI-Albion stat Plaintiff then asked C/O Trojan to allowed Plaintiff to speak to Miss Hughes and/or Mr. McNelis; Plaintiff wa told by C/O Trojan that "Miss Hughes and Mr. McNeli does not wished to speak to any "Nigger"; expeciall a Nigger that suits (C/O)s.

Plaintiff then asked C/O Trojan for protective custo C/O Trojan made another phone call to Mr. McNelis then told Plaintiff to go and packed Plaintiff proper While Plaintiff was in cell IA-49 packing Plaintiff property Sgt. Rice called Plaintiff out of cell-49 t speak to Mr. McNelis and Lt. Wilson. Mr. McNelis informed Plaintiff that a vote sheet was sent arou for Plaintiff to get a Z code by Miss Hughes, but t vote sheet as not returned as yet; so Plaintiff mu share a cell until the vote sheet is returned. Plaintif again asked to be placed in Protective Custody; at wh time Plaintiff was handcuffed and taken to the RH While in the RHU Plaintiff was given a misconduct for refusing to shared a cell. Plaintiff was given a "hearing" by Miss Cross on June 13, 2003, and

(5)

sentenced to 30 days in the RHU. Miss Cross refuse to called any of Plaintiff's witnesses thus denying Plaintiff his due process rights. See Plaintiff Exhibit.

Plaintiff was then confined in cell-C-17; without toothpaste, bath soap, towels, wash clothe, deodorant, toothbrush; without a change of linen or clothes, witho proper lights; without showers and any exercise, fro June 11, 2003 to June 30, 2003. Plaintiff was denied lunch on June 12, 2003. On June 14, 2003 Plaintiff w threatened to be "Killed" by C/O Munion. Plaintiff was called a "Faggot" a "bitch" a "child molester" ect. ect. by C/O Munion on June 14, 2003 in retaliation for bring a Law Suit against SCI-Albion staff. Plaintiff Exhibit A-

On June 15, 2003 C/O Trojan came to Plaintiff cell and stared at Plaintiff for approximately 5 minute Plaintiff then filed a grievance asking for Protective Custody from C/O Trojan.

On June 17, 2003 C/O Munion again threatened to killed Plaintiff because Plaintiff asked another staff member for a tube of toothpaste. On June 24, 20 C/O Munion called Plaintiff a "F.... Nigger" becaus Plaintiff refused to removed Plaintiff's brief in h presence. See Plaintiff Exhibit A-2.

On June 27, 2003 Miss Hughes came to cell C-17 and called Plaintiff a lier and a bunch of degra ... names because Plaintiff said Miss Hughes told

PlaintiFF on June 13, 2003 that Miss Hughes would recommended PlaintiFF For A Z code. PlaintiFF was also denied a copy of PlaintiFF File From SCI-Albion by Miss Hughes and Mr. Herdman. PlaintiFF was also denied Access to the business Management program here at SCI-Somerset because Miss Hughes and Mr. Herdman conspired w/ SCI-Albion staFF to destroyed PlaintiFFs Academic rec From SCI-Camphill. PlaintiFFs Exhibit A-4 & A-7

Mr. King, Major Gehlmann, the grievance co-ordinator and Superintendent Sobina have denied Plaint access to the business Management program, by destroying PlaintiFFs Academic records, because PlaintiFF is black and in retaliation For PlaintiFF Filing A Law Suit against SCI-Albion staFF, PlaintiFF Exhibit

Superintendent Sobina have denied and conspired with SCI-Albion staFF to denied PlaintiFF Access to the courts by reFusing to give PlaintiFF Access to the States copier to make copies of vital evidence to be submitted to the courts. See PlaintiFF Exhib A-5

Superintendent Sobina, Mr. King, and members of the PRC have consistently denied PlaintiFF Access to A Academic and rehabilative programs by reFusing to approved these programs For PlaintiFF in an EFFort to Forced PlaintiFF to withdraw PlaintiFFs Law suit against SCI-Albion staFF. See PlaintiFF Exhibit D-23

D-24, 25, 26, and D-27.

On June 30, 2003 PlaintiFF was again threaten by C/O Munion, C/O Chapley and C/O Trojan to be Kill if PlaintiFF does not withdraw PlaintiFF law suit aga SCI-Albion.

Lt. Bertolino has intercepted and destroyed Plain s requests to staff, misconduct appeal, grievances and grievance appeals to Superintendent Sobina, the PRC a other staff members and destroyed them; then Lt. Ber lino Falsified RHU and SCI-Somerset documentations to stop PlaintiFF From seeking redress of the above wrong Lt. Bertolino also violated D.O.C. policy DC-ADM 80 by not discussing PlaintiFF grievance or attempting to resolved these grievances with PlaintiFF before stating that these grievances are resolved. See Plaint Exhibits D-28, D-29, D-30, D-31, D-32, D-33 and D-34. It is PlaintiFF contention that Lt. Bertolino knew or should have knew of the about conduct by C/O Munion, C/O Princ C/O Chapley and other RHU staff and that Lt. Bertolino Aided and Abetted these (C/O)s in their abused of inmate by the above behaviors. (including PlaintiFF).

In retaliation For seeking redress of the above wrongs the Medical staff start giving PlaintiFF the wrong medications and the medical staff started crush ng PlaintiFF's medication; these Actions by the medi cal staff Forced PlaintiFF to stopped taking Plaintif

"Needed" medications. See Plaintiff Exhibits E-1, E-2 and See Also Plaintiff Exhibit Z; which contain crushed pills that were given to Plaintiff, during the period June 3, 2003 to t present.

Plaintiff was also assaulted by C/O Chapley and C/O Pri on July 17, 18, 24 and 25 2003 in the presence of Lt Bertolino and Lt. Steve Simosko. Even through Plaintil repeated asked (C/O)s Prince and Chapley to stoppe pushing and pulling Plaintiff in the presence of both Lt. Bertolino and Lt. Simosko, these Leutenants refus to corrected these Correctional Officers. Instead of correcting these officers Lt. Bertolino and Lt. Simosk ordered RHU staff not to give Plaintiff any grievance to stop Plaintiff from seeking redress of these wrongs See Plaintiff Exhibit E-4

On July 9 2003, Plaintiff was taken to the RH by Lt. T. J. Wilson for accidentally urinating on him self while in the dayroom on J/A. For two hours C/O He nan and Sgt Castina refused to opened Plaintiff cell for Plaintiff to used the commode; and there are no other tiolet on J pod that Plaintiff could used. See Plaintiffs Exhibits (E-5)s.

During the walk from J/A to the RHU Lt. T. J. Wilson repeatedly called Plaintiff a "dog" a "Nigger do a F...ing dog a "No good Nigger dog" ect-ect; which further traumatized and terrified Plaintiff. Plaintiff

Stripped searched by Lt. Bertolino and placed in cell 23 on D pod in the RHU; where RHU staff repeatedly make sports of Plaintiff.

Plaintiff was given an hearing on July 11, 2003 Plaintiff was found guilty by Defendant Cross; and sente to 45 days D.C. time. Defendant Cross again refuse to called Plaintiff's witnesses; even through Plaintiff submitted a timely inmate verison and witnesses listed See Plaintiff's Exhibit E-6.

Plaintiff remained in the RHU from July 9, 200 until August 7, 2003. On August 7, 2003 Plaintiff was released to cell restriction on J/B where C/O Heckma, Sgt. Castina and C/O Heiss continued to abused Plainti by threatening Plaintiff's life; removed Plaintiff's prope. from Plaintiff's cell, freezed Plaintiff cell, repeatedly and consistently called Plaintiff degradatory names, threatened to Kill Plaintiff if Plaintiff refused to with draw Plaintiff's law suit against SCI-Albion staff; an deny Plaintiff access to the courts by denying Plaintiff access to the Law Library. Plaintiff was also denied access to all educational programs by the criminal conspiracy between Mr. King, Miss Hughes Mr. Herdman; Mr. Mailman and Superintendent Sobina. See Plaintiff Exhibits C-1 through C-11; C-13 and C-12

Plaintiff remained on J/B Cell #2 enduring these constant abuses and constitutional violations

by SCI-Somerset Staff until August 26, 2003; when Plaintiff was again taken to the RHU. See Plaintiff Exhibits D-1 and D-2.

Plaintiff remained in the RHU on B pod in cell 22 until September 2, 2003. On September 2, 2003, Plaintiff was given an hearing by Defendant Cross and sentenced to another 45 days in the RHU. Again Defendant Cross refused to called Plaintiff witnesses, even through Plaintiff submitted a timely inmate version contradicting C/O Heiss and a witnesses lists in violation of the due process clauses of both the Fifth and Fourteenth Amendments; and in violation of the 1st 4th and 8 Amendments to the United States Constitutions. See Plaintiff Exhibits D-3, D-4 and D-5.

Plaintiff appealed all of the above misconducts to the Program Reveiwed Committee; and Superintendent Sobina. The PRC and Superintendent Sobina consistently affirmed the hearing examiner; even through Plaintiff pointed out all the above constitutional violations. Superintendent Sobina and the PRC further conspired with the above Defendents and Superintendent Wolfe to further denied Plaintiff access to the courts and to due process of law by denying Plaintiff access to the states copy machine; Law Library; an update law Library while in the RHU; and access to any and all forms of Educational opportunities both in the RHU and in

general population. See Plaintiffs Exhibit D-6 to D-1.

While Plaintiff is in the RHU Lt. Bertolino and L 8. Simosko violated and continued to violated Plaintil constitutional rights by conspiring with C/O Munion C/O Chapley, C/O Prince, Sgt. Stayer, Sgt Delosh, C/O Fey, C/O Lucas and C/O Miller to (1) denied Plaintiff proper clothings, change of clothings, charge of linen, a blanket; access to the Law Library and access to the yard 2) denied Plaintiff access to Plaintiff legal material 3) denied Plaintiff access to the courts by intercepting and destroying Plaintiff incoming and outgoing mails; and intercepting and destroying Plaintiff mail to other staff when Plainti attempted to seek redress of the above constitutiona iolations.

It is Further Alleged that Lt Bertolino; Lt Steve Simosko and Mr. Mailman conspired with the above defendent to denied and did denied Plaintiff due process of Law by resolving grievances filed by Plaintiff without discussing said grievances with Plaintiff in clear violation of ADM-DC 804; and that Superintendent Sobina, Deputy Gibson and the members of the PRC Aided and abetted these defendant by Falsifying documents Filed by Plaintiff See Plaintiffs Exhibits F1 to F-19, F-20, F-21

On July 6, 2003 Plaintiff was Forced to mailed

(12)

Plaintiff rosary by C/O Huber; because Plaintiff's rosary had black tread and was therefore Not All whi[te] See Plaintiff Exhibit G-1.

On 8/14/03, Plaintiff was Forced to stopped reading Plaintiff bible while In "Pill line" For Approximately 1 hour by C/O Kromell, Plaintiff was then Force to throwed away Plaintiff bible by C/O Kromell and threatened to be "Kill" because Plaintiff reported C/O Kromell to Mr. Malligan. See Plaintiff Exhibit G-2

On 8/07/03 and 8/17/03 C/O Heiss removed Plain[tiff] glasses and pencils From Plaintiff cell and reflused to returned these items. See Plaintiff Exhibit G-3.

On July 9, 2003 C/O Heckman and Sgt Castin[e] stole 3 bottle Folgers coffee, 6 Irish spring bath soaps, [3] tube colgate toothpaste, and 7 Speed Strick deodorant from Plaintiff In corroboration with Lt T.J. Wilson. Plaintiff reported this to Mr. Mailman and Filed A grievan[c]e, and reported this to the office of professional [r]esponsibility; yet Plaintiff's property as Not been [r]eturned to Plaintiff.

Plaintiff was Forced to sent home Five boxes of [l]egal materials that Plaintiff is presently In need of by Sgt Stayer and C/O Miller on 6/27/03 In [v]iolation of ADM-DC 815 Page 35 of Inmate hand[b]ook. Plaintiff repeatedly brought this D.O.C. policy [t]o Sgt. Stayer's Attention and Asked that Plaintiff's

property remained At SCI-Somerset until PlaintiFF Appeal ed to the Superintendent; yet PlaintiFF's property was shipped at A cost of Approximately $40.00 to PlaintiFF; p $50.00 to get these property shipped From SCI-Albi to SCI-Somerset.

On August 26, 2003 PlaintiFF was again Forced to sen home 16 Riligious books and destroy two pens; Even through PlaintiFF had only two boxes of personal, egal, religious and educational properties and PlaintiF 's Allow to have Four boxes of personal property. See ADM-DC 815 Page 35 Inmate Handbook; and PlaintiF exhibits N-1 and N-2; by CloFey, Lucas and Sgt Delosh

In Conclusion.

PlaintiFF claims that Superintendent Sobina and he other deFendants has conspired with ~~Supint~~ Superintendent WolFe and the other SCI-Albion staFF to violated and have violated PlaintiFFs 1st, 4th 5th 8th and 14th Amendments rights as is ~~are~~ gouranteed by the United States Constitution and the Commonwealth oF Pennsylvania by (A) retaliating and continuing to retaliat against PlaintiFF For Filing A Civil Law Suit against SCI-Albion staFF to redress pervious constitutional violations; in violation oF 42 U.S.C. Sections 1981, 1983 1985 and 1988; 18 U.S.C. Sections 2, 241, 242 and 371.

Relief Requested.

) That this court issued A declaratory judgment statin

that:(A) The physical and emotional abuse of Plaintiff these defendants violated Plaintiff's rights under the 5th, 8th and 14th Amendments; as Plaintiff was denied du process of law by these defendants.

b) Plaintiff was denied access to the courts and is been denied access to the courts by the defendant refusal to: 1) gave Plaintiff access to Plaintiff legal materials 2) gave Plaintiff access to the Law Library in a timely manner 3) update the RHU Law Library boo 4) gave and continue to refused to give, Plaintiff access to the copy machine because Plaintiff is indigent; all in violation of the 1st Amendment to the United State Constitution.

c) The physical and emotional and retaliatory abuse by these defendants must stop immediately.

d) The physical, verbal and emotional abuse by SCI-Somerset Staff both in the RHU and in General Population must stop immediately.

e) This court order Superintendent Sobina to remove C/O Munion, C/O Chapley, C/O Fey, C/O Prince and Lt. Bertolino and Lt. Steve Simosko from Plaintiff's enviroment.

d) This court order Superintendent Sobina to removed C/O Heckman, C/O Trojan, C/O Heiss and Sgt. Castine and Lt Wilson from Plaintiff's enviroment.

e) This court order Superintendent Sobina to

(15)

1) update the RHU Law ~~Suit~~ Library (2) provide access to the copy machine to indigent inmates for these inmates to copy and file their appeals in the appellate courts and to file their grievances and misconduct appeals; (3) order SCI-Somerset to stop tampering, reading and destroying inmates incoming and outgoing mails (Namely Lt. Bertolino, C/O Munion, C/O Chapley, C/O Fey and C/O Prince).

That this court make any other redress in declaratory judgment that deems necessary to the court.

(2) That this court award compensatory damages in the following amounts and any other compensatory damages this court think is necessary to redress the constitutional violations:

a) $350,000 jointly and severally against defendants Sobina, Cross, Mr. King; members of the PRC, Deputy Gibson and Major Gehlmann; and the Medical Administrator.

b) $20,000, jointly and severally against C/O Trojan Mr. McNelis, Miss Hughes and Mr. Molligan.

c) $45,000, jointlly and severally against C/O Heckman Sgt. Castina, C/O Heiss, Mr. Herdman and Mr. Mailman.

d) $135,000, jointly and severally against Lt Bertolino C/O Munion, C/o Prince, C/O Chapley and C/O Fey.

e) $5000 jointly and severally against C/O Huber, C/O Cromell and Lt. T. J. Wilson and Lt S. Simosko

f) $8000 jointly and severally against Sgt Stager

Sgt. Delosh and C/O Lucas; and C/O Miller.
$50,000 against Mr. Joseph.
All of the above individuals are being suited b individually and in their official capacities.

Plaintiff, Derrick Rankine, prays for permissio or leave of court to amend this complaint as the need may require to add any and all new defendants for any and all retaliatory acts against Plaintiff; pursuant to Rules 15(a) and 19(a) Fed. R. Civ. Pro.

Respectfully Submitted
Derrick Rankine
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510
EU 5850.

September 4, 2003.

# Declaration.

Plaintiff, Derrick Rankine, swears under penalty of perjury and subjected to 28 U.S.C. Section 1746; that all of the Foregoing are true and correct.

Respectfully Submitted
Derrick Rankine
EU 5850
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510

11/4/03.

# EXHIBIT 2

12'1

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507

Jerrick A. Rankine
Vs.
Superintendent Sobina et Al.

C.A. 0313 Erie
Jury Trial Demanded.

Motion For Leave to File An Amended Complaint Adding the Following Defendants and the Following Injuries to All defendants in original complaint.

Plaintiff, Derrick Rankine, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. Pro. requests leave to File an amended complaint adding the following parties, injuries, and reliefs.

1) Plaintiff in his original complaint Named defendants Sobina et Al.

2) Since Filing of the Complaint the Following retaliatory Acts have been perpetrated Against the Plaintiff by the Following defendants.

3 On 10/12/03, Plaintiff was threatened by C/O White and when Plaintiff Filed a grievance About this threat, Sgt. Gain Worth in corroboration with Lt. Regester removed this grievance From the grievance box, thus terrorizing the Plaintiff.

4 On 10/13/03, Lt. Regester humiliated, embarrassed

od DIA in retaliation For Filing this complaint.

6) During the period 8/26/03, (PlaintiFF) to 10/9/03 PlaintiFF was denied Library Books by C/O Munion, C/O Pritts and C/O Chapley; which deprived PlaintiFF of reading material and caused PlaintiFF severe mental duress.

7) On 10/14/03, C/O Coughnenour and C/O Evans planted a torned towel in my cell and stole 78 religious books and 30 magazines and 3 Library books; and 10 (40¢ enevelope) A tube of colgate toothpaste ($2.02) and A razor From my cell; on orders From defendants Sobina and Molligan.

) On 10/14/03, PlaintiFF was searched six times by staff on the 2pm. to 10pm. shift on PlaintiFF way to the dinning hall; on orders From defendant Sobina; Molligan; PRC members s.ected.

8) On 15th October, PlaintiFF was searched Four times to the dinning hall and to and From the yard on orders From defendant Sobina and Molligan.

9) On 10/16/03 PlaintiFF's cell was searched and PlaintiFF was searched Four times to and From the yard and dinning hall, on orders From defendant Sobina and Molligan.

10) On 10/17/03, PlaintiFF was searched twice to and From pill line, three times to and From the dinning hall and three times to and From the yard on orders From defendant Sobina and Molligan.

11) On 10/18/03 PlaintiFF was searched by Sgt. Brother

was searched once and then Plaintiff was searched Fours times to and From the dinning hall, at which time Plaintiff was told that this harrassment would continued until, Plaintiff withdraw Plaintiffs lawsuit against SCI-Albion and SCI-Somersets staff or Plaintiff will be Killed by Lt. Regester, C/O Dayton, C/O Neisser and Sgt. Bakos. Plaintiffs genitals and buttoms were Fondled at these time

12) On 10/19/03, 10/20/03, 10/21/03, 10/22/03, 10/23/03 10/24/03, 10/25/03, 10/26/03, 10/27/03, 10/28/03, 10/2 /03, Plaintiff was searched and Plaintiff's cell was searched by C/O Miller, C/O Coughenour, C/O Huber, Lt. Boylan, Lt. T.J. Wilson, Lt. Regester, Sgt. Putam, and C/O Folge, on orders From defendants Sobina and Mollig

13) On 10/28/03, Plaintiff was Forced to throw awa a piece of grape Fruit by Lt. Bertolino, C/O Miller and C/O Fobge, yet other inmates were allowed to took grapefruits out of the dinning on orders From defend ant Sobina and Molligan.

All of the above searched terrorised, embarrassed humiliated, degraded, demeaned Plaintiff to the point Plaintiff stopped going to the yard, associating with other inmates, stopped going to Pill line and dreaded going to and From the dinning, mass and the Library

14) In an Effort to get the above harrassments and terrorism and mental and physical cruelty to stoppe Plaintiff Filed Numerous grievances to the grievance

Hj

Sobina

co-ordinator and appealled to defendant then to the Office of Professional Responsibility and the Chief Grivance Officer. See Plaintiff's Exhibits Z0, Z-3,1,2,3.

On 10/16/03 Plaintiff was given a misconduct claiming that Plaintiff tore two state towels by C/O Coughenou and C/O Evan. No one saw Plaintiff tored any towels and no torned towels were in Plaintiff's cell before C/O Evans and C/O Coughenour entered Plaintiff's cell on 10/14/03. Plaintiff asked to remained at Plaintiff's cell door to observed these staff members while the searched Plaintiff because C/O Evans and C/O Coughenour that previously threatened to "get Plaintiff if Plaintiff did not redraw Plaintiff's law suit against SCI-Albion's staff". Plaintiff was threatened by C/O Evan and C/O Coughenour that if "Plaintiff don't moved from the cell door Plaintiff would be taken to the RHU." Lt. Synder and Wilson were senior officers on the Pod and they did nothing.

On 10/16/03, Plaintiff was given a misconduct for tearing two state towels in violation of DC-ADM 801 Inmate handbook Page 52. On 10/22/03 Plaintiff was given an hearing by defendant Cross. Plaintiff brought to this hearing the two state towels which were given to Plaintiff on 10/09/03 when Plaintiff left the RHU submitted the names of three staff members as witness

5)

these witnesses; or even defendant Coughenour or Evans, the defendants who issued this misconduct. Plaintiff raised All the about due process violations at the hearing; to PRC the to defendant Sobina and defendant Chief hearing Examiner; yet Plaintiff was found guilty and fined $8.30 in violation of the 1st, 4th, 5th, 8th, 13th and 14th Amendments to the United States Constitution, DC-ADM 801. See Plaintif Exhibits Y-1 and Y-2 and Y-3

On 10/29/03, Plaintiff was taken to the RHU on a charge of "being a possible threat to others here at SCI-Somerset" in retaliation for filing this origina complaint in this matter by Lt. Boylan and Sgt. McCool See Plaintiff's Exhibits. Y-40, A-12, A-13, A-14, M-9, M-7, A-1, A-11, A-10

On 10/29/03, Lt. Boylan and Sgt. McCool threatened to Killed or have Plaintiff Killed in retaliation for filing the original complaint and because Plaintiff refused to with draw Plaintiff complaint against SCI-Albion's staff. See Plaintiff's Exhibit M-7, M-9. Upon reaching the RHU Plai iff was stripped searched by defendant Bertolino. These actions, humiliated; embarrassed; terrorized Plaintiff and caused Plaintiff to become severely depressed; unable to sleep or eat and undescribable mental duress.

Plaintiff was then placed in cell B-13 without proper lights; toothpaste; bath soap; deodorant; lotion

6

which were copied to mailed to the court per Judge Baxters order of 9/11/03. See Plaintiffs Exhibit A-16 and A-15

On 10/29/03, defendants Coughenour and Lucas stole two large bottles of Plaintiffs lotions and a large bottle of Plaintiffs shampoo, in retaliation for filing this action and because Plaintiff refused to with Plaintiffs lawsuit against SCI-Albion's staff. See Plaintiffs Exhibits A-16, A-17, A-170. These retaliatory actions continue to terrorized, cause Plaintiff headaches, sleeplessness, eating disorder and mental duress.

In retaliation because Plaintiff complaint about the two blown bulbs in cell B-13, the Night light in Plaintiff cell has been lefted on since 11/05/03, (24 hours per day) to the present time; Plaintiff have not been allowe to take a shower since 10/29/03 to the present; defendants Fey; Munion; Pritts, Chapley, Lucas and Coughenour have been sent to Plaintiffs cell to terrorized Plaintiff daily (For example defendant Fey constantly kicked Plaintiffs cell door; and defendant Munion denied Plaintiff shower access to the yard, access to the law library because Plaintiff refused to stripped in Munions presence), Plaintiff have no heat or thermal underwears at present; defendant Munion took away Plaintiffs jumpsuit on the 11/03/03, because Plaintiff refused to stripped

J.

A.1<sub>14</sub>, and A.1<sub>15</sub>

PlaintiFF is presently still in the RHU without A misconduct even after PlaintiFF appealed to Secretary Beard; the Chief Hearing Examiner and to the OFFice of Professional Responsibility. This is causing PlaintiFF severe headaches; humiliation; indescribable terror insommia; depression; sucidial thoughts; embarrassment, eating disorder; watery eyes; nervousness and severe mental duress; all in violation of the 1st, 4th 5th 8th 13th and 14th Amendments to the United States Constitution; 18 U.S.C.A. Sections 2; 88; 241, 242 and 371; and 42 U.S.C.A Sections 1981, 1983, 1985, 1986 and 1988.

Relief Requested.

1) The court to issue an order ordering defendants to ceased all retaliation and discriminatory acts against PlaintiFF immediately.

2) A Writ of Habeas Corpus against defendant Sobina ordering defendant Sobina to released PlaintiFF From the RHU immediately.

3) The court issue A permanent restraining order against all defendants and their agents.

4) The court to Fined defendants Sobina, Molligan, Mailman Bertolino; Rosum, Amenti and Cross $750,000 individually and OFFicially in punitive; normative and compensatory damages.

5) [illegible]

8)

Coughenour; T. J. Wilson; Evans, Haywood, Regester Hainworth; Bakos; Dayton, Miller; Huber; Boylan, Boylan; Munion; Neisser and McCool $50000 individually and officially in punitive; normial and compensatory damages

(6) That this court Fined defendant Beard, O'Hara and Thomas James $75,000 in punitive; compensatory and normial damages both individual and officially

(7) That this court Fined defendant Robert S. Bitner Chief Hearing Examiner $30,000; in punitive, compensatory and normial damages; individually and officially.

(8) That this court order defendants Sobina and Molligo Heckman and Heiss to replaced all of Plaintiff's proper that are missing immediately. Further that this court order defendant Sobina and Beard to give Plaintiff acce and used of the state's copy machine up to and to includ $500.00 at defendant Sobina's expense.

(9) That this court order defendants lucas and Cougl enour to replaced Plaintiff's two large lotions and one large shampoo immediately. The court should orde any and all other damages or relief that the court think is appropriate.

Conclusion.

This is a 42 U.S.C. Sections 1981, 1983, 1985, 1986 and 1988; and a 18 U.S.C. Sections 2. 88, 241, 242 and 37

9)

prison officials for violating and conspiring to violate Plaintiff's 1st, 4th, 5th, 8th, 13th and 14th Amendments rights by acts of terrorism. Assaults; obstruction of the due administration of justice in state and federal courts; and in the D.O.C.; cruel and unusual punishment; retaliatory and discriminatory acts and sexual harrassment; physical and mental cruelty et ect ect ect

Respectfully Submitted
Derrick Rankine
EU 5850
SCI-Somerset
1600 Walters Mill Road.
Somerset PA. 15510

11/29/03.

Plaintiff would like to have a permanent restraining order against the following defendants.

1) Munion
2) Chapley
3) Pritts.
4) Heiss
5) Heckman
6) Regester
7) Lucas
8) Fey
9) Coughenour
10) [illegible]
11) Boylan
12) Bertolino
13) Simosko
14) Molligan
15) McCool
16) Castina.
17) Stayer

These defendants continue to retaliated or caused and allowed others to retaliate against Plaintiff.

10)

It is PlaintiFF belieF that defendants Sobina, Molligan and Rosum conspired to and have placed PlaintiFF and is Keeping PlaintiFF in the RHU to have PlaintiFF murdered by their staFF. PlaintiFF was given a cup of coFFee on 11/17/03 with a plastic bag with a creamy white substance in it. On 11/14/03 deFendant Molligan came to PlaintiFF's cell door and threatened PlaintiFF's life and told PlaintiFF that it was a mistake "giving PlaintiFF a Z code".

Respectfully Submitted
Derrick Rankine
EU 5850
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510

12/1/03.

N.B.
PlaintiFF is also unable to obtain any grievances, From Novermber 1, 2003 to the present time. When PlaintiFF asked For grievances; PlaintiFF is told by staFF that there are no grievances at SCI-Somerset by staFF.

Respectfully Submitted
Derrick Rankine
EU5850
SCI-Somerset
1600 Walters Mill Road

12/1/03.

12·20

JAN 05 2004
Legal

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507.

Derrick A. RanKine
Vs. C.A. 0313-Erie
Superintendent Sobina et All Jury Trial Demanded.

Motion For Leave to File An Amended Complaint; Adding the Following Defendants; the Following injuries, and Requested Reliefs. (Individually and Officially).

1) Defendant Regester (Lt); Fined $50,000
2) " Coughenour (C/O) Fined $50,000
3) " T. J. Wilson (Lt) add to original $30000
4 " Evans (C/O) Fined $50,000
5) Haywood (Lt) Fined $50,000
6 " Hainworth (Sgt) Fined $50,000
7 " Boylan (Lt) Fined $50,000
8) " Manion (C/O) Fined $50,000 add to origin
9) " Neisser (C/O) Fined $50,000
10) " McCool (Sgt) Fined $50,000
11) " Beard (Secretary) Fined $25000
12) O'Hara Fined $50,000
13) Thomas James Fined $75,000
14) Robert Bitner Fined $30,000.
15) " Lucas (C/O) Add to original $20,000

Defendant Fey Fined $50,000; Added to original. Injuries.

Since 10/29/03, Plaintiff, was removed from general population to the RHU in retaliation for filing this actio[n] Plaintiff has not received a misconduct as yet; yet Plai[ntiff] has been held in a cell without proper lights from 10/2[9]/03 to 12/17/03; without showers or exercised from 10/29/03; is been terrorized daily by C/O Coughenour, Fe[y] Lucas, Munion, Chapley, Pritts and Sgt. Stayer.

Plaintiff is unable to sleep or eat; have severe hea[d]aches; vomiting, unable to concentrate; or memorized anything; is suffering severe emotional, physical and psychological duress because of the above and followin[g] abuses. See Plaintiff's Exhibits; F.1, F.2, F.3, F.4, F.5, F.6 and F.7.

On 12/08/03; Plaintiff gave C/O Labosky a motion fo[r] the Appointment of counsel for cases C.A. 03-105 and C.A-0313 Erie. Plaintiff also gave C/O Labosky two cash slips for this motion to be mailed by certified mail; return address requested. Plaintiff did no[t] received a copy of these cash slips until 12/11/03 and only after Plaintiff filed a request to PRC; th[e] mailroom (Ms Darr) and Superintendent Sobina and a grievance. See Plaintiff's Exhibit.

On 12/20/03 defendant Bertolino came to Plaintif[f] cell and showed Plaintiff a cash slip addressed

to Mr. Donald Chisholm; claiming this was the cash slip for Plaintiff's grievance. See Plaintiff's Exhibits F-8 and F-9. After Plaintiff pointed out that the cash slip and grievance are addressed to two different issues, defendant Bertolino, told Plaintiff that "the other mail and cash slips were not received by the mail room". On this Plaintiff's exhibit, the court will notice that (1) C/O Labosky did not signed this cash slip, and (2) the certified letter receipt was not filled out by Plaintiff, yet the certified letter receipt that Plaintiff gave to C/O Labosky, was filled out by Plaintiff.

Plaintiff would amend to add mail fraud and obstruction of justice and denial, conspiracy to denial and attempted denial of access to the courts to original complaint to all defendants, plus add as defendants the following defendants and requested reliefs:

1) C/O Labosky, C/O RHU, SCI-Somerset, Fined $20,000
2) C/O Kodish, RHU SCI-Somerset, Fined $20,000
3) Deputy Superintendent Rosum, SCI-Somerset, Fined $75...
4) M. Larry Amenti, CCPM, SCI-Somerset, $75,000
5) C/O Miller, RHU, SCI-Somerset, $20,000
6) John Bertolino, Lt. SCI-Somerset, $750,000 or 10 yrs
7) Superintendent Sobina, $750,000 or 10 yrs incarceration
8) Defendant Mulligan $750,000 or 10 yrs incarceration

Respectfully Submitted
Derrick Rankine

EU5850
SCI-Somerset
1600 Walters Mill Road
Somerset PA 15510

12/20/03.

# EXHIBIT 3

1.1

RECEIVED
JAN - 5 2004
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507.

DERRICK A. RANKINE
Vs.
Raymond Sobina et. Al.

C.A.03-0313 Erie.
Jury Trial Demanded:

To The Chief Justice and Justices of Said Court:

[redacted] Complaint Adding the Following Defendants; injuries and requested reliefs; All defendants are sued in their official and individual capacities. Plaintiff is seeking Nominal punitive, compensatory and declaratory judgments.

1) Plaintiff, Derrick Rankine; pursuant to Rules 15(a) and 19(a) Fed. R. Crim. Pro; requests leave to File an Amended complaint adding the following parties, injuries and requested reliefs.

2) Plaintiff in his original Complaint Named defendants Sobina et Al.

3) Since Filing of the Complaint Plaintiff Found out that defendant Joseph is Joseph Visinisky CHCA; Grievance Co-ordinator is Hiedi Sroka; and the Following retalintory acts were and continues to be perpetrated against Plaintiff.

Respectfully Submitted
Derrick Rankine EU586

January 1 2004.

In The
United States District Court
Western District Pennsylvania
Erie Pennsylvania 16501.

Derrick A. Rankine
Vs. Jury Trial Requested.
Raymond Sobina et. Al C.A. 03-313 Erie

To The Chief Justice and Justices of Said Court:

Statement of Case.

This is a 42 U.S.C. Sections 1981, 1983, 1985, 1986 and 1988, and 18 U.S.C. Section 2, 88, 241, 242 and 371 case being Filed by a state prisoner against state prison officials for violating; continue to violates Plaintiff's 1st, 4th, 5th, 8th, 13 and 14th Amendments to the United States Constitution rights by conspiring to obstruct the due administration of justice in state and Federal Courts: obstruct and is obstructing the due administration of justice in state and Federal; denying and did denied Plaintiff access to the courts; retaliating against Plaintiff for seeking redress in the courts by holding Plaintiff in the RHU with any justification; terrorizing Plaintiff continuously from 10/29/03 to the present; destroying, tampering and holding Plaintiff's incoming and outgoing mails; stealing Plaintiff's property and then claimed that these property was sent and using terrorism to force Plaintiff to withdraw Case Accounts 03-313 and 03-105 Erie ect. ect. ect.



In The
United States District Court.
Western District Pennsylvania.
Erie Pennsylvania 16501.

Derrick Rankine
Vs.
Superintendent Sobina et. Al

Jury Trial Demanded.
CA. 0313 Erie.

To The Chief Justice and Justices of Said Court;

Motion For leave to File An Amended Complaint; Addin the Following Defendants; the Following injuries and Requested Reliefs. All defendants are sued individua and officially; All At SCI-Somerset:

1) Defendants: Regester (Lt). Relief requested perm ent separation order; Fined $50,000.
2) Defendant T. J. Wilson (Lt.); Relief requested perma ent separation; Fined add $50,000 to original.
3) Defendant Boylan (Lt). Fined $50,000; permanent separation. Miller Fined $20000
4) Defendant Munion (C/O); Find $120,000 add to origin permanent separation.
5) Defendant Chapley C/O) original Fine; permanent sep ration.
6) Defendant Pritts: C/O; original Fine; permanent separatio

2)

7) Defendant Coughenour C/O Fined $20,000; permanent separation.

8) Defendant Evans: C/O: Fined $20,000; permanent separation.

9) Defendant Bertolino (Lt). $175000 Fined permanent separation.

10) Defendant Haywood Fined $50,000.

11) Defendant Hainworth (Sgt) $50,000; permanent separation.

12) Defendant Neisser (C/O) Fined $20000; permanent separation.

13) Defendant McCool (Sgt) Fined $50000; permanent separation.

14) Defendant Fey (C/O) Fined $50000 add to original permanent separation (very very permanent separation)

15) Defendant Lucas, C/O Fined ~~$20,000~~ $50,000

16) Defendant Labosky (C/O) Fined $ ~~50000~~ $50,000? = $50,00

17) Defendant Mulligan: Unit Manager. Fined $75,000, (very, very, very permanent separation).

18) Defendant Beard (Secretary). Fined $10,000?

19) Defendant Thomas James, Fined $10,000?

20) Defendant Robert Bitner; Fined $75000.

21) Defendant Stayer Sgt permanent separation. Fined $50,000.

22) Defendant Rosum (Deputy Superintendent) Fined $75,000.

3)

Defendant John McCullough (Deputy Secretary) Fine $75000.00.
24) Defendant Larry Amenti (CCPM). Fined $20,000.
25) Defendant Sobina: Fined $150,000 Add to original.
26) Defendant Cross Fined $18.50 Add to original.
27) Defendant Gauntner $10,000 Fine.
28) Defendant ~~Bm~~ Roman: Fined ~~$10,000~~ = $50,000
29) Defendant Bringer: Fined $10,000.
30) Defendant Joseph: Fined $75000.

Complaint:

Since Filing of the original complaint the following retaliatory acts have been perpetrated against Plainti[ff] by the above named defendants.

1) On 10/09/03; Plaintiff was released from the RHU to general population.

2) On 10/12/03; while Plaintiff was on the walkway from church to D-pod; Plaintiff was forced to stepped off the walkway to avoid ~~a~~ a collision with C/[O] White. Plaintiff waited until all staff members passed and said (good evening). C/O White turned back and came up into Plaintiff's face and said "Mr. Rankin I am advicing you not to say anything more to me; since I'[m] not the enemy you are" and I will not say anything more to you, unless I have to". Plaintiff went to D-pod and immediately filed a grievance and sent a letter to the office of Professional Responsibilit[y]

4.

This stem From the Fact that C/O White, left Plaintiff pod with two grievances that Plaintiff Filed while Plaintiff was in the RHU, read Plaintiff's grievances; called Plaintiff a "Faggot and a child molester", while Plaintiff was in the RHU and Plaintiff called C/O White a black Ninja turtle" a "black predator" and a black terminator in retaliation. See Plaintiff's Exhibits, No.1 and No.2.

On 10/12/03, Sgt. Gainsworth in corroboration with Lt Regester removed this grievance From the grievance box and gave this grievance to C/O White; thus obstructing the due Administration of justice; in violation of the 1st 5th, 8th and 14th Amendments to the United States Constitution. In retaliation Lt Regester humiliated, embarrassed and degraded Plaintiff on 10/13/03 in the presence of All the inmates on pod D/A.

3) During the period 8/26/03 to 10/9/03 Plaintiff was denied Library Books by C/O Munion, C/O Pritts and C/O Chapley, which caused Plaintiff severe mental duress.

4) On 10/14/03, C/O Coughenour and C/O Evans planted a torned towel in Plaintiff's cell and stole 78 books and 30 Magazines; 3 Library books; 10 (40¢ envelopes; A tube of colgate toothpaste ($2.02) a razor and a speed stick deodorant From Plaintiff's cell on orders From defendants Molligan, Sobina and Rozum; in retaliation

5) For Filing this Complaint in violation of the 1st, 4th, 5th

5)

6th, 8th 13 and 14th Amendments to the United States Constitution. See PlaintiFFs Exhibits N3, and N32 and 69569,

6) On 10/14/03, PlaintiFF was searched six times by staFF on the 2pm. to 10pm. shiFt on PlaintiFFs way to the dinning hall; on orders From deFendants Sabina Molligan; and the members oF the PRC. See PlaintiFF Exhibit Z.30, Z.31 and Z.32 and Y.40, Y.41 and Y.42.

7) On 10/15/03 PlaintiFF was searched Four times to and From the dinning hall and to and From the yard on ord s From deFendants Sabina and Molligan in retaliation For Filing this action in violation oF the 1st Amendment to the United States Constitution.

8) On 10/16/03, PlaintiFFs cell was searched and Plaintiff was searched Four times to and From the yard and dinning hall on orders From deFendants Sabina, Molligan and Rozum; in retaliation For Filing this action; in violation oF the 1st Amendment to the United States Constitution.

9) On 10/17/03, PlaintiFF was searched twice to and From pill line; three times to and From the dinning hall, three times to and From the yard on orders From deFendants Molligan Sabina and Rozum; in retaliation For Filing this action in violation oF the 1st 5th, 8th and 14th Amendments to the United States Constitution.

10) On 10/18/03 PlaintiFF was searched by Sgt Brothe and Lt Wadworth to and From the yard. PlaintiFFs ca was searched and PlaintiFF was searched Four times to

6

and From the dinning hall by C/O Dayton C/O Neisser Sgt. Bakos and Lt. Regester; At which time Plaintiff peni was grabbed and Plaintiff bottoms were Fondled by Sgt. Bakos; C/O Dayton and C/O Neisser; Plaintiff was also told that this harrassment would continue until Plaintiff withdraw Plaintiff's law suit against SCI-Albion's staff and SCI-Somerset's staff or Plaintiff will be "Killed" by Sgt. Bakos, C/O Dayton and C/O Neisser. When Plaintiff Attempted to reported these threats to Lt. Regester Plaintiff was told "I will get back to you" by Lt. Regester; on orders From defendants Sabina, Mollig and Rozum.

(11) On 10/19/03, 10/20/03, 10/21/03, 10/22/03, 10/23/03, 10/24/03, 10/25/03; 10/26/03, 10/27/03, 10/28/03 and 10/29/03; Plaintiff was searched by C/O Miller, Coughnour, Huber, Lt. Boylan, T. J. Wilson, Lt. Regester; Sgt. Putam; on orders From defendants Sabina Molligan and Rozum; In retaliation For Filing this Action; In violation of the 1st, 5th 8th and 14th Amendments to the United States Constitution.

(12) On 10/28/03, Plaintiff was Forced to throw away A piece of grape Fruit by Lt. Bertolino and C/O Miller and C/O Folge. Plaintiff was then given grape Fruits by other inmates that Lt. Bertolino and C/O Miller allow to leave the dinning hall with these grape Fruits by Lt. Bertolino and C/O Miller again Plaintiff was told to

I)

throw away these grapefruits by C/O Folge; on orders from Defendants Molligan, Sobina and Rosum; in retaliati[on] for filing this action.

13) All the above searches terrorized, embarrassed, hum[i]linted, degraded and demeaned Plaintiff to the point where Plaintiff started having nightmares, insomia, stopp[ed] going to the yard, pill line, dinning hall and associatin[g] with other inmates. Plaintiff also stopped attending mass, bible study and the library. Also fellow inmates and staff stopped speaking and associating with Plaintiff out of fear for their lives.

14) In an effort to get the above harrassments to stopped; the above terrorism and mental, physical an[d] sexual harrassments and cruelty to stopped Plaintiff filed numerous grievances to the grievance co-ordina[]tor; appealed to defendant Sobina; then to the Chief Grievance Officer, then to the Office of Profession[al] Responsibility and Secretary Beard. See Plaintiff's Exhibits Z₀ and Z.3,1,2,3.

15) On 10/16/03, Plaintiff was given a misconduct; clai[m]ing Plaintiff tore two state towels. On 10/22/03 Pl[ain]tiff was given an hearing by defendants Cross and found guilty and fined $18.30 in violation of DC-ADM 801 Inmate handbook page 52. Plaintiff appealed to the PRC; defendants Sobina and then to the Chief Hearing Examiner. This guilty verdict was sustaine[d]

8).

In violation of the 1st, 4th, 5th, 8th 13th and 14th Amendments to the United States Constitution. See Plaintiff's Exhibits Y-1, Y-2 and Y-3.

16) On 10/29/03 (October 29, 03); Plaintiff was taken to the RHU on a charge of "being a possible to others here at SCI-Somerset" in retaliation for filing the original complaint in this matter; by Lt Boylan and Sgt. McCool; in violations of the 1st, 4th, 5th, 6th, 8th 13th and 14th Amendments to the United States Constitution on orders from defendants Sobina, Molligan and Rozu[m] See Plaintiff's Exhibits Y-40, A-1₂ A-1₃, A-1₄, A-1, A-1₁; M-[7] and M-9.

17) On 10/29/03; defendants Boylan and McCool threate[n]ed to "Killed" or have Plaintiff Killed; if Plaintiff do not redraws Plaintiff's complaints and lawsuits against all of SCI-Somersets staff and SCI-Albion staff on order from defendants Sobina, Molligan and Rozum; See Plaintiff's Exhibits M-7 and M-9, A-[1] A-1₁, A-1₂, A-1₃ and A-1₄; and A-17 in violation of the 1st, 4th 5th 8th, 13th and 14th Amendments to the United States Constitution.

18) Upon reaching the RHU Plaintiff was stripped searc[h]ed by defendant Bertolino; then Plaintiff was placed i[n] cell B-13; without proper lights; and defendants Sobina Molligan Rozum; and Gehlman sent defendants Fey Munion; Coughenour, Pritts and Chapley and Stayer eve[ry] day by kicking Plaintiff's cell door; threatening Plai[ntiff]

threatening to pioson Plaintiff; if Plaintiff is Not "Nic destroyed Plaintiff's incoming and outgoing mails; and placing bags with "A white sticky stuff in Plaintiff's meals (appearance of semen or cynade) or clotted mil' Plaintiff was told by one of the inmate workers that this white sticky substance was semen). See Plaintiff's Exhibits F-9, F-2, F-7, F-6, F-5, F-3, F-2; A-15, A-16, A-113; i violation of the 1st, 4th, 5th, 6th, 8th, 13th and 14th Amendments to the United States Constitution.

19) On 10/29/03; approximately 7p.m. Plaintiff was taken to the property room by defendants Lucas and Coughenour and Delosh. Missing from Plaintiff's property are 1 Irish Spring Soap; 1 Colgate Toothpaste, 1 Speed Stick deodorant with 4 (40¢) enevelopes, plus All the legal work that Plaintiff copied on 10/24/03 per Judge Baxter's order of 9/11/03. Defendants Coughenour and Lucas malicious then stole two bottles of Plaintiff lotion and one large bottle of Plaintiff's shampoo; claiming they were altered because Plaintiff mixed them with water, other shampoo and lotions to dampen there smells. Plaintiff Filed a grievance and Appealed to defendants Sobina, Beard and James; who all agreed with this thefts in violation of the 1st, 4th, 5th, 8th, 13th and 14th Amendments of the United States Constitution.

20) On 11/20/03 Plaintiff was threatened by defenda Molligan and told by defendant Molligan that "they made

10).

mistake giving Plaintiff a Z code; and that is why Plaintiff is in the RHU; thus terrorizing Plaintiff in violation of the 1st 4th, 5th 8th and 14th Amendments to the United States Constitution.

21) On 11/17/03 Plaintiff was given a cup of coffee with a bag with a white sticky substance in it; on 12/26/03, 12/29/0 12/31/03 Plaintiff was told by defendants Chapley and Stayer not to eat or drink Plaintiff's lunch or dinner; Plainti immediately flushed these meals down the tiolet. Since 10/29/03 to present Plaintiff have received library books once; and law cases once from the law library; yet every week Plaintiff sent for 3 library books and 12 law cases. See Plaintiff Exhibits N.4, N.5, N.6, N.7, N.8 Y. All in violation of the 1st, 4th, 5th, 8th 13th and 14th Amendments to the United States Constitution. N.9, N.10, N.11, N.12, N.13, N.14, N.15 to N.22

22). On 12/08/03 Plaintiff gave C/O Labosky a letter to be mailed to Judge Baxter for the appointment of counsel in this action; two days later Plaintiff was given a different registered letter receipt after Plaintiff filed a grievance. See Plaintiff Exhibits N.19 and N.20. On 11/02/03 Plaintiff gave all the summons for this action to be mailed to this the United States Marshall; Plaintiff have received no response from the Marshall as yet. Defendants Fey, Lucas, Stayer and Coughenous have all told Plaintiff that they have received their summons in December a Defendants Fey, Lucas, Coughenour and Stayer have bei