destroying Plaintiff's incoming and outgoing mails in retaliation for filing this action, on orders from defendant Sobina, Molligan, Bertolino and Rozum in violation of the 1st, 4th, 5th, 8th and 14th Amendments to the United State Constitution. See Plaintiff's Exhibits N.21, N.19 and N.20. N.19, N.22 and N.22.

Plaintiff prays that the court should grant Plaintiff's motion to Amend this complaint pursuant to Rules 15(a) and 19.a Fed. R. Crim. Pro; adding all the above named defendants with the following defendants.

31) C/O White.                Fined $20,000.
32) Joseph Visinsky CHCA.     Fined $150,000.
33) Sgt. Bako.                Fined $20,000.
34) C/O Dayton                Fined $20,000.

Plaintiff prays that this court should issue A Writ of Habeas Corpus on Superintendent Sobina ordering defendant Sobina to release Plaintiff from the RHU forewith and issue an order on defendants Sobina and Roman ordering them to give Plaintiff access to and used of the Law Library and copy and/or pay for Plaintiff's Attorney (Attorney); at $500/hour.

Respectfully Submitted
Derrick Rankine; EU58?
SCI-Somerset
1600 Walters Mill Road
Somerset PA. 15510

January 1, 2004.

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507

Derrick Rankine
Vs.
Raymond Sobina et.Al.

C.A. 03-313 Erie
Jury Trial Demanded

⑥

To The Chief Justice and Justices of Said Court:

Motion For Leave To File An Amended Complaint Adding The Following Defendants, Injuries And Requested Reliefs. All Defendants Are Sued in their Official and Individual Capacities. Plaintiff is seeking Nominal, putive, compensatory and declaratory judgments. Plaintiff Seeking Criminal Charges To Be Brought Against defendants Sobina, Munion, Bertolino, Simosko and Rozur.

1) Plaintiff, Derrick Rankine, pursuant to Rule 15(c) and 19(a) Fed.R.Crim.Pro. requests leave to file an Amended complaint adding the following parties, injuries and requested reliefs.

2) Plaintiff in his original Complaint named defendant Sobina et.Al.

3) Since Filing of the Original Complaint, Plaintiff Found out that defendant Joseph is Joseph Visinisky CHCA; Munion is Robert Munion; and Grievance Coordinator is Hiedi Sroka; and the following Retaliatory Ac

...continues to be perpetrated against the
..., and all of these Retaliatory Acts are instigated
...raged, allowed (Knowingly), aided and abetted and
...tinues to be aided and abetted by defendants Sobin
...ertolino, Simosko, and Rozum and Molligan?

4) Plaintiff would also like to bring criminal charges against defendant Molligan, if possible, pursuant to 18 U.S.C.A. Sections 18 U.S.C.A. Sections 2, 88, 241, 242 and 371.

Respectfully Submitted
Demick Rankine
EU 5850
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510

January 9, 2004.

United States District Court
Western District Pennsylvania
Erie Pennsylvania 16501

Derrick A. Rankine
             Vs                    Jury Trial Demanded.
Raymond Sobina et al. C.A. 3-313 Erie

To The Chief Justice and Justices of Said Court:

Proposed Amended Complaint; Adding All the Following defendants, injuries and requested relief. All individual are sued individually and officially and while acting under c(olor) of State Laws.

1) Defendant: Regester (Lt.) relief requested permanent separation, Fined $50,000

2) Defendant T.J. Wilson (Lt) relief requested permanent separation. Fined $50,000 added to original

3) Defendant Boylan (Lt) relief requested permanent separati(on) Fined $50,000.

4) Defendant Munion Fined $75,000 Add to original, crimi(nal) charges to be brought, permanent separation (very, very v(ery) permanent separation)

5) Defendant Chapley; Fined $15,000 Add to original and n(o) permanent separation.

6) Defendant Pritts: Fined $25,000 Add to original and n(o) permanent separation

7) Defendant Coughenour Fined $40,000, very permanent separation, plus cost of books he stole on 10/14/03.
8) Defendant Evans Fined $40,000, Temporary separation, plus cost of books and magazines he stole on 10/14/03.
9) Defendant Bertolino (Lt). Fined $225,000, criminal charges to be brought, permanent separation.
10) Defendant Haywood, Fined $30,000.
11) Defendant Hainsworth (Sgt) $50,000, permanent separation
12) Defendant Neisser Fined $20,000, permanent separati
13) Defendant McCool (Sgt) Fined $50,000, permanent separat
14) Defendant Fey: Fined $75,000 Add to original and a very, very, very permanent separation.
15) Defendant Lucas. Fined $20,000 Added to original.
16) Defendant Labosky, one of best (CO)s here Fined $200,0
17) Defendant Mulligan: Unit Manager: Fined $75,000, crimin charges if possible: permanent separation (very, very, very)
18) Defendant Beard (Secretary D.O.C) Fined $10,000.
19) Defendant Thomas James Fined $10,000.
20) Defendant Robert Bitner Fined $75,000.
21) Defendant Slayer (Sgt) Fined $50,000, permanent separation; Kordish
22) Defendant Rosum Fined $75,000, criminal charge to be brought. (Deputy Superintendent).
23) Defendant John McCullough (Deputy Secretary D.O.C Fined $75,000.
24) Defendant Larry Armenti (CCPM) Fined $50,000.

3).

25) Defendant Sabina: Fined $750,000, Criminal Charge will be brought. Very permanent separation from this defendant.
26) Defendant Cross Fined $1850 Add to original.
27) Defendant Gauntner $10,000 Fined? These are very dec
28) Defendant Roman Fined $10,000? individuals and sc
29) Defendant Brringer Fined $10,000? don't believe they ar
(acting freely)
30) Defendant Joseph Visinsky Fined $175,000
31) Defendant White Fined $50,000.
32) Defendant Baho Fined $20,000. temporary separation
33) Defendant Dayton Fined $20,000 temporary separation

Amended Complaint

Since filing of the original complaint the following retaliato acts have been perpetrated, and continues to be perpetrat against Plaintiff by the above named and the following de dants. All of these retaliatory acts were ordered and encouraged by defendants Sabina Bertolino, Malligan and Kozum and t members of the PRC.

1) On 10/09/03, Plaintiff was released from the RHU t general population after been in the RHU 45 days withou Library Books, because defendants Bertolino, Munion Pri Roman and Chipley conspired to and did denied Plain library books. This caused Plaintiff severe mental dures embarrassment and humiliated Plaintiff, since the other inmates, defendants Munion, Chipley and Pritts keep laugh

at Plaintiff. Plaintiff was and is the only inmate who is unable to received library books and cases from the Law Library in violation of the 1st and 8th Amendments to the United States Constitution. See Exhibits F-10, F-11, F-12, F-13, Y-4, N-6, N-7 and N-8.

2) On 10/12/03 while Plaintiff was on the walkway from Church to D-pod, Plaintiff was forced to stepped off the walkway to avoided a collision with C/O While. Plaintiff waited until all staff members passed and said "(good evening)." C/O White turned back and came up into Plaintiff's face and said "Mr. Rankine, I am advising you not to say anything more to me, since I am not the enemy you are, and I will not say anything more to you, unless I have to." Plaintiff went to J-pod and immediately filed a grievance and sent a letter to the Office of Professional Responsibility. It stem from the fact that C/O White lefted Plaintiff's pod with two grievances that Plaintiff filed while Plaintiff was in the RHU, and called Plaintiff a "Faggot", a child molester ect ect and Plaintiff called C/O White a "black ninja turtle," a "black predator" and a black terminator in retaliation. See Plaintiff's exhibit N-1 and N-2.

3) On 10/12/03 Sgt. Gainsworth in corroboration with defendants White, Molligan, Sobina and Regester removed this grievance from the grievance box on D/A and destroyed this grievance, thus violating the 1st, 5th, 8th and 14th Amendments to the United States Constitution, and caused Plaintiff severe mental duress. In retaliation for report

the above abuses Plaintiff was humiliated, embarrassed, degraded and terrorized by defendant Regester on 10/13/03, in the presence of all the inmates on DA See Plaintiff's Exhibits

4) On 10/14/03, defendants Coughenour and Evans planted two tore towels in Plaintiff's cell, stole 78 books, 30 magazines, 3 library books, 10 (L.S. enevelopes) a tube of colgate toothpaste, a razor and a speed stick deorant from Plaintiff's cell on orders from defendants Molligan, Rozum and Sobina, in retaliation for filing this Complaint in violation of the 1st, 4th, 5th, 8th, 13th and Amendments to the United States Constitution. See Plaintiffs Exhibits N-3, N-3₂, F-1 and 69.569.

5) On 10/14/03 Plaintiff was searched six times by staff on the 2pm to 10 a.m. shift on Plaintiff's way to the dinning hall, on orders from defendants Sobina and Molligan and the members of the PRC. See Plaintiffs Exhibits Z-3, Z-3₂, Y-4, Y-4, and Y-4₂.

6) On 10/15/03, Plaintiff was searched four times to and from the dinning hall and to and from the yard on orders from defendants Sobina and Molligan in retaliation for filing this action in violation of the 1st Amendment to the United States Constitution.

7) On 10/16/03, Plaintiff's cell was searched and Plainti was searched four times to and from the dinning hall and the yard on orders from defendants Molligan and

6)

Sabina and Rozum, in retaliation for filing this action.

8) On 10/17/03, Plaintiff was searched twice to and from pill line, three times to and from the dinning hall, three times to and from the yard on orders from defendant Mulligan, Rozum and Sabina, in retaliation for filing this action, in violation of the 1st, 4th, 5th, 8th and 14th amendments to the United States Constitution.

9) On 10/18/03, Plaintiff was searched by defendants Brothers and Wadsworth to and from yard, and followed by defendants Brothers and Richards for the whole yard. Plaintiff's cell was searched and Plaintiff was searched by Sgt. Bakos, defendants Regester, Dayton and Neisser to and from the dinninghall, at which times Plaintiff's penis and bottoms were fondled by defendants Bakos, Dayton and Neisser. Plaintiff was also told that "this harrassment would continued until Plaintiff withdraw Plaintiff's Law-Suit against SCI-Albion's and SCI-Somerset's staff or Plaintiff will be "killed" by defendants Bakos, Dayton and Neisser. When Plaintiff attempted to reported these threat to defendant Regester in the presence of these staff members, Plaintiff was dismissed with a "..J will get back to you" by defendant Regester, on orders from defendant Sabina, Mulligan and Rozum; in retaliation for filing this action.

10) During the period from 10/18/03 to 10/29/03 Plaintiff was searched by defendants Huber, Miller, Boyd

T. J. Wilson, Regester, Putam; on orders from defendants Sabina, Molligan and Rozum; these searches were embarrassing, humiliating, degrading, done with sexual overtures and caused Plaintiff to stopped going to the yard, day room and speaking to other inmates, et ect.

11) On 10/28/03, Plaintiff was forced to throw away a piece of grape fruit by defendants Bertolino, Miller and Edge, because Plaintiff was born in Jamaica. Plaintiff was then given grape fruits by other inmates that Bertolino, Miller and Edge allowed to leave the dinning hall with these grapefruits, and again Plaintiff was forced to throw away these grapefruits by Edge an orders from defendants Molligan, Sabina and Rozum in retaliation for filing this action.

12) All the above searches humiliated, embarrassed, demean, degraded and terrorised Plaintiff to the point where Plaintiff started having nightmares, sleepless stopped going to the yard, pill line, dinning hall and associating with other inmates. Plaintiff stopped attending mass, bible study and the library also. Fellow inmate stopped (and other staff) speaking and associating with Plaintiff out of fear for their lives.

13) In an effort to get the above harassment, terror, mental, physical and sexual harassments to stopped Plaintiff filed numerous grievances, appealed to Sa the Chief Grievance Officer, the Office of Professional

Responsibility then to Secretary Beard. See Plaintiff Exhibits Z6, Z13, Z3.

14) On 10/16/03, Plaintiff was given a misconduct, claiming Plaintiff tore two state towels. On 10/22/03 Plaintiff was given an hearing by defendant Cross and Found guilty, and fined $8.30 in violations of the 5th, 8 and 14th Amendments to the United States Constitution, DC-ADM 801 Inmate handbook page 52. Plaintiff appealed to the PRC, Sabina and then to Bitner. This guilty verdict was sustained by these defendants in violation of the 1st, 4th, 5th, 8, 13 and 14th Amendments to the United States Constitution. See Plaintiffs Exhibits Y1, Y2 and Y3.

15) On 10/29/03 Plaintiff was taken to the RHU without a misconduct, without provocations or any justification by defendants Boylan and McCool in retaliation for filing the original complaint and for filing the above grievances on orders from defendants Sabina, Molligan and Rozum in violation of the 1st, 4th, 5th, 6th, 8th, 13th and 14th Amendments to the United States Constitution. See Plaintiff Exhibits Y-6, A-12, A-13, A-14, A-1, M-7 and M-9.

16) On 10/29/03 defendants Boylan and McCool threatened to "kill" or have Plaintiff "killed", if Plaintiff do not withdraws Plaintiff's complaints, law-suits and grievances against SCI Albion's and SCI-Somerset staff, on orders from defendants Sabina, Molligan and Rozum. See Plaintiff's Exhibits M-7, M-9, A-10, A-1, A-1

A.L, A.4, and A.L, in violation of the 1st, 4th, 5th, 8th, 13th and 14th Amendments to the United States Constitution.

17) Upon reaching the RHU Plaintiff was stripped searched by defendant Bertolino, then Plaintiff was placed in cell B-13 without proper lights, thermal underwears, soap, toothpaste, deodorant, lotion or shampoo. Defendants Sabinn, Bertolino, Molligan and Rozum, then sent defendants Fey, Munion, Chapley and Pritts to kicked Plaintiff cell door daily and thus terrorized Plaintiff daily since 10/2/03 These defendants also sent defendants Coughenour, Stayer Lucas to threatening Plaintiff daily, since 10/29/03 to the present; they also threatened to pision Plaintiff Food; destryed Plaintiff's incoming and outgoing mails, placed bags with a "white sticky substance" in Plaintiff's meal, urinnlir in Plaintiff meals, denied Plaintiff meals without justification ect ect. Plaintiff was also denied a shower from 10/29/03 to 01/12/04. Plaintiff's lights were not fixed until 12/17/03, on orders from defendants Sabinn, Molligan, Bertolino and Rozum and in retaliation because Plaintiff filed the original action in this matter, in violation of the 1st, 4th, 5th, 6th, 8th, 13th and 14th Amendments to the United States Constitution. See Plaintiffs Exhibits F-9, F-7, F-6, F-2, F-2, F-5, F-3, A-15, A-16, A-13, F-4, F-4, F-42.

18) On 10/29/03, Approximately 7 pm, Plaintiff was take to the property room by defendants Lucas and Coughenour and Melosh. Missing from Plaintiff's property are Irish

10

spring soap, 1 colgate toothpaste, 1 speed stick deodorant & (40) enevelopes; plus all the legal work that Plaintiff copied on 10/24/03 per Judge Baxters order of 9/11/03. Defendants Lucas and Coughenour maliciously stole tw bottles of Plaintiff's lotion and one large bottle of Plaintiff shampoo; claiming they were "altered" because Plaintiff mix them with water, other shampoo and lotions to dampen there smells. Plaintiff filed a grievance and appealed to defe ants Sabina, James and Beard, who all agreed with this theft, in violation of the 1st, 4th, 5th, 8th, 13th and 14th Amendm s to the United States Constitution.

19) On 11/20/03, Plaintiff was threatened by defendan Molligan and told by Molligan that "they made a mistak giving Plaintiff a Z code and that is why Plaintiff is in th RHU", thus admitting that there are no justification for Pla iff been held in the RHU, and terrorized Plaintiff furth In violation of the 1st, 4th, 5th, 8th and 14th Amendments to United States Constitution.

20) On 11/17/03 Plaintiff was given a cup of coffee w a bag of "white sticky substance" in it by defendant Kard On 12/26/03 and 12/31/03 Plaintiff was told by defende Stayer not to eat or drink meals that contain Plaintiff's on it "because Plaintiff cannot never tell what Plaintiff will be eating and drinking". On 10/29/03, Plaintiff was told by defendant Chapley to be "Nice" because Chi lea knows which tray is Plaintiff's. Plaintiff flushed

these meals in the toilet. Since 10/29/03 to the present time, Plaintiff received library books once and cases from the law library once, yet every week Plaintiff sent for three library books and 12 law cases. Defendants Roman, Grauntner and Bringger in corroboration with Sobina, Mol gan, Rozum and Bertolino; conspired to deny Plaintiff and did denied Plaintiff access to the courts and is denying Plaintiff access to the courts by refusing to sent Plaintiff these cases in violation of the 1st, 4th, 5th, 8th, and 14th Amendments to the United States Constitution. See Plaintiff's Exhibits N-4, N-5, N-6, N-7, N-8, Y-4, N-9, N-10, N-11, N-12, N-13, N-14, N-15, N-16 to N-22.

(20) On 12/08/03, Plaintiff gave defendants Labosh a motion to be mailed by certified mail to Judge Baxter for the appointment of counsel in this matter; two days later Plaintiff was given a different registered letter receipt after Plaintiff filed a grievance. See Plaintiff Exhibits N-19 and N-20.

(21b). On 11/03/03, Plaintiff gave all the summons for this action to be mailed to the United States Marshall, to Sgt Rosentrater. On 12/29/03 Plaintiff gave a certified letter to C/O Chalk to be mailed to the United States Marshal asking for a copy of these summons and if the summons were served, yet Plaintiff have received no response from the United States Marshal as yet. It is Plaintiff contention the defendants Sobina, Rozum, Bertolino, Molligan and time

conspired to hold Plaintiff in the RHU and did hold Plaintiff in the RHU under the control of defendants Bertoling, Simosko, Stayer, Delosh, Lucas, Fey, Munion, Fritts, Chipley, Coughenour in an effort to have Plaintiff "killed" by these individuals from 10/29/03 to the present. These defendants should have known that Bertoling, Simosko, Delosh, Stayer, Munion, Chipley, Fritts, Coughenour, Fey, Lucas would have abused Plaintiff if Plaintiff was placed under these defendants control.

(21) Plaintiff have been denied access to the yard, shower and law library since 10/29/03 by defendants Bertoling, Fey, Simosko, Stayer, Delosh, Lucas, Chipley and Fritts, on orders from defendants Sobina, Molligan, Armenti, Visinisky, Rozum, Beard, James, O'Hara, Bitner, Rozum and McCullough, in violation of the 1st, 4th, 5th, 6th, 8th, 13th and 14th Amendments to the United States Constitution. See Plaintiff's Exhibits N.21, N.19, M.9, N.22, N.21, Y.4, F.4, F.41, F.42, N.31, N.32 and 69569.

(22) On December 3, 2003 Plaintiff received an order from the Pennsylvania Supreme Court ordering Plaintiff to sent nine copies of Plaintiff's brief to the court. Plaintiff immediately sent a grievance and a request to the business manager S.C.I. PRC and Ms Roman asking for access to a used of the copy machine, Law Library and for 60 carbon paper, 6 writing tablets and 6 month envelopes, these requests were all denied. Plaintiff then filed a motion for extension of time in the Pennsylvania Supreme Court and appealed to Secretary Beard, O'Hara and James. Plaintiff

(L)

ed ed. See Plaintiff's Exhibits Y-40, F-4, F-4, F-42. As this Court can see, these defendants have no respect for the courts or human life, and that Plaintiff's life is in grave danger, which violates all the laws of a civilized society, therefore, Plaintiff prays that the court would grant Plaintiff's motion to ~~Attend~~ Amend the original complaint to add all the above and following defendants.

35) Defendant Miller, C/O  Fined $50,000, Temporary separation
36) Defendant Munion C/O  Fined $100,000, permanent separation
36) Defendant Folge  C/O  Fined $10,000
37) Defendant Roman, Librarian  Fined $50,000
38) Defendant Brothers  Sgt.  Fined $50,000, permanent separation
39) Defendant Labosky C/O  Fined $50,000 permanent separation

### Declaratory Relief Requested

1) A Writ of Habeus Corpus be issued against defendant Sobina, ordering defendant Sobina to released Plaintiff from the RHU forewith.

2) That this court order defendant Sobina to give Plaintiff access to the Law Library and copy machine forthwith, at defendant Sobina personal expense; or that criminal charges be brought against defendant Sobina

3) That this court order defendant Beard and Sobina to removed all of the above named defendants from around Plaintiff immediately

4) That this court Appoint counsel to represent Plaintiff at an hourly rate of $500/hour at the defendants perso-

1-5).

EXPENSE.

5) That this court order defendant Beard and Sobina to returned all of Plaintiff's personal property; especial Plaintiff's glasses and coffees immediately.

Respectfully Submitted
Demick Rankine
EU. 5850
SCI-Somerset
1600 Walters Mill Road
Somerset PA. 15510.

January 12, 2004.

In The
United States District Court
Western District Pennsylvania.
Erie Pennsylvania 16507.

Derrick A. Rankine
Vs.
Raymond Sabina et. Al.

Jury Trial Requested:
CA 03-313.

Proof of Service.

Plaintiff Derrick Rankine swears that a copy of this complaint is being given to RHU staff to be mailed to
Mr. Gerald J. Pappert
Office of Attorney General
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh Pa. 15219

on January 12, 2004, by certified mail return address requested; # 7002, 2410, 0004, 7639, 8186; and that two copies of this document is be mailed to Western District Court by certified mail # 7002, 2410, 0004, 7610, 0918.

Respectfully Submitted
Derrick Rankine EU585
SCI-Somerset
1600 Walters Mill Road
Somerset Pa 15510

January 12, 2004.

In The
United States District Court
Western District Pennsylvania
Erie Pennsylvania 16507

Derrick Rankine
  Vs
Raymond Sobina et.Al.

Jury Trial Requested
CA. 03-313

Verification

Plaintiff Derrick Rankine, swears under penalty of perjury and subjected to 28 U.S.C. Section 1746, that all of the foregoing are true and correct.

Respectfully Submi'
Derrick Rankine
EU 5850
SCI-Somerset
1600 Walters Mill Road
Somerset Pa. 15510

January 12, 2004.