DEFENCE Exhibit P-1 = P.1.

# PHILADELPHIA POLICE DEPARTMENT
## Criminalistics Laboratory Report

Superior Court(#)s 3103 EDA 2001
555 EDA 2004

ATTN.: Pol. Martinka #9611-SVU

DATE: 9/8/99

CP # 0006-0650-1111K.
DERRICK RANKINE V Commonwealth
*Derrick Rankine*

LAB # 99-91186

DC # 99-25-075621

Investigation of the Sexual Assault of Gloria Harper.
The defendant is Derrick Rankine.

SEE: Notes Trial Testimony Volume III Pages 40 to 46 and 64 From Number 14 to Page 65 Number 20. Com. V. Stansbury 640 A 2d at 1370.

Results of examinations and analyses on the evidence described on the
following property receipt(s) are:

Property Receipt #2209048
Received from Pol. Trush #9611-SVU, on 8/30/99 at 8:03PM.

The following item was recovered from Gloria Harper:

The item is a pair of white panties with red dots. Tests for seminal
stains containing spermatozoa were positive (front & crotch). Tests
for human blood were negative. D.N.A. EVIDENCE IS FALSE. Brady UMi
Com V Majorana 445 A. 2d 1 and
529 at 53?
(FootNote 8)

Marianne Scafidi ,    Lewis Brenner

Laboratory user fee: $105.00

Edwards V Balisoks 520 US 641, 647-650, 1175, 661584, 1586-1589

No DNA Analysis, why not, this is a sham
= up.
SEE Volume II Page 34 to 37. Look at Page 37
and checked above dates 9/8/99 and Blood Tests results
and 8/30/99
No Blood: See Com. V. Stansbury 640 A. 2d At 1370 (1994).
Notes of trial testimony Volume III Pages 11-24, 40 and 44.
How was this match done? Indeed defendant would like to learn. Since
test For blood was Negative and Lab did Not recieve
sample until 8/30/99. Brady V Maryland 373 U.S. 274, 83
83 S.Ct 1194. Arizona V Fulminante 499 U.S. 274 308, 1175 Ct