DEFENSE Exhibit Police #2 - P.2

| MEDICAL REPORT SEXUAL ASSAULT COMPLAINT | CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH FAMILY MEDICAL CARE SERVICES DIVISION OF MATERNAL AND CHILD HEALTH | POLICE VEHICLE NO. 85B DATE 8/12/99 |

**NAME OF PATIENT:** Gloria Harper
**BIRTHDATE:** 5/4/58
**AGE:** 41
**ADDRESS OF PATIENT:** Episcopal Hospital, Front & Lehigh Ave, Phila Penna 19125 / 711 W Lycoming, Phila PA 19140

### AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize _____ Hospital to release medical information regarding any examination and treatment for sexual assault to the Philadelphia Police Department and the Office of the District Attorney of Philadelphia County.

**DATE:** 8/13/99
**PATIENT SIGNATURE:** Gloria Harper
**WITNESS:** Patricia Webb RN
**ADDRESS:** Episcopal Hospital
**POLICE COPY OF THIS REPORT RECEIVED BY:** Thos. M[...]
**BADGE NO.:** 2015
**DISTRICT:** SVU

### MEDICAL REPORT

**DATE AND TIME OF ALLEGED ASSAULT:** 8/12/99, 11:30 A.M.
**DATE AND TIME OF ARRIVAL AT HOSPITAL:** 8/12/99, 10:35 P.M.
**DATE AND TIME OF EXAMINATION:** 8/13/99, 1:20 A.M.

**OVERALL CONDITION AND DESCRIPTION:**
- Pt is a 41 y.o. ♀ who states that she was sexually assaulted by her ex boyfriend @ 10:30am on 8/12/99. Pt states that she was vaginally penetrated, no oral or rectal penetration.

Com V Stansbury 640 A.2d 1368 at 1370
Com V. Majorania 445 A.2d 529 at 532 (Footnote 8)
D.N.A evidence is FALSE

**ROUTINE PELVIC EXAMINATION** See Notes Trial Testimony Volume III Page 64 Number 18 to Page 65 Number 20. Brady V
**EXTERNAL GENITALIA:** nml (external genital) Maryland 373 US 83, 87-89, 83 S.Ct 1194, 1195-119[?]
**VAGINA:** ⊕ w/o DC - 
**CERVIX:** ⊕ w/o DC, no CMT Arizona V Fulminante 499 U.S. 279 at 308, 111 S.
**CORPUS:** wnl, NT Ct 1246, 1264. Edwards V Balisok 520 US 641, 647-
**ADNEXA:** NT 648. 117 S.Ct. 1584
**RECTO-VAGINAL:** WNL

**DATE:** 8/13/99
**EXAMINING PHYSICIAN:** J Cell[?]

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL HOSPITAL RECORDS CONCERNING THE EXAMINATION OF THE ABOVE NAMED PATIENT.

**DATE:** _____  **NAME:** _____  **TITLE:** _____

55-F-1440 (Rev. 9/85)