IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK A. RANKINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-313 Erie |
| | ) |
| RAYMOND SOBINA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, upon consideration of the within motion, it is hereby **ORDERED** that the original and amended complaint and second amended complaints are dismissed under the three strikes rule of the PLRA and that then the third amended is dismissed for the same reason and/or the second and third amended complaints is dismissed additionally for not having been filed by leave of court and without regard for Rule 15(c) and Rankine to be instructed not to file any more amended complaints in this action without obtaining leave of court by motion under Rule 15(c) this motion is **GRANTED.**

By the Court:

_____
J.