U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF DERRICK RANKINE | COURT CASE NUMBER CA03-313 Erie |
| DEFENDANT Kromell | TYPE OF PROCESS |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kromell KROMEll
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SCI-Somerset 1600 Walters Mill Rd Somerset PA 15510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Derrick Rankine EU5850
SCI-Fayette
P.O. Box 9999
LaBelle PA 15510

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 25 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

C/O Kromell works at SCI-Somerset, 1600 Walters Mill Road Somerset PA 15510

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Derrick Rankine
TELEPHONE NUMBER
DATE 09/29/05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 25 | District of Origin No. 68 | District to Serve No. 68 | Signature of Authorized USMS Deputy or Clerk | Date 9/13/05 – 19/3/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date
Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee $0 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $200 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) $200.00 |
|---|---|---|---|---|---|

REMARKS: mailed 10/6/05

12/29/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick Rankine             )
         vs.                 )      Civil Action: 03-0313 Erie
Joseph                       )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 10/06/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

> Thomas M. Fitzgerald
> United States Marshal
> Western District of Pennsylvania
>
> By:  Sheila Blessing
> Administrative Clerk
> United States Marshals Service
> Western District of Pennsylvania
> December 29, 2005

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.