U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick Rankine | CA03-313Erie |
| DEFENDANT | TYPE OF PROCESS |
| Wilson | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wilson
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SCI-Somerset 1600 Walters Mill Rd. Somerset PA 15510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Derrick Rankine EU5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15650

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 25 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Defendant Wilson Works at SCI-Somerset 1600 Walters Mill Rd. Somerset PA 15510.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Derrick Rankine
DATE: 09/29/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

**REMARKS:**

MAILED 10/6/05
12/29/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE WESTERN DISTRICT OF PENNSYLVANIA*

*Derrick Rankine* )
    *vs.*                  *Civil Action: 03-0313 Erie*
*Wilson* )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

*The Under signed Hereby certified that on 10/06/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.*

                                                 *Thomas M. Fitzgerald*
                                                 *United States Marshal*
                                                 *Western District of Pennsylvania*

                                                 *By:*   *Sheila Blessing*
                                                             *Administrative Clerk*
                                                             *United States Marshals Service*
                                                             *Western District of Pennsylvania*
                                                             *December 29, 2005*

### ORDER

*AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,*

    *IT IS* **ORDERED** *that the Clerk of Court prepare duplicate Summons and Complaint,*

    ***AND IT IS FURTHER ORDERED*** *that the United States Marshal make personal service of those documents upon the above named defendant.*

_____