U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN

**PLAINTIFF:** Derrick Rankine  
**COURT CASE NUMBER:** CA 03-313 Erie  
**DEFENDANT:** Sgt. Strayer  
**TYPE OF PROCESS:**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT:** Strayer  
**ADDRESS:** SCI-Somerset 1600 Walters Mill Rd, Somerset PA 15510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derrick Rankine EU5850  
SCI-Fayette  
P.O. Box 9999  
Labelle PA 15450

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 25  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Sgt. Strayer works at SCI-Somerset from 2pm to 10p.m. in the RHU. Monday to Sundays.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT  
Derrick Rankine  
TELEPHONE NUMBER:  
DATE: 09/29/05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

**REMARKS:**

MAILED 10/6/05  
12/29/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick Rankine )
    vs.                     Civil Action: 03-0313 Erie
Stayer )

## NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 10/06/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                                        Thomas M. Fitzgerald
                                                        United States Marshal
                                                        Western District of Pennsylvania

                                                        *[signature]*
                                         By:  Sheila Blessing
                                                        Administrative Clerk
                                                        United States Marshals Service
                                                        Western District of Pennsylvania
                                                        December 29, 2005

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

_____