U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

PLAINTIFF: Derrick Rankine
DEFENDANT: Lt Bertolino
COURT CASE NUMBER: CA#03-313
TYPE OF PROCESS:

SERVE AT:
NAME: Bertolino
ADDRESS: SCI-Somerset 1600 Walters Mill Rd. Somerset PA 15510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Derrick Rankine EU5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15510

Number of process to be served with this Form 285: 1

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Lt. Bertolino works at SCI-Somerset and is the RHU Lieutenant at SCI-Somerset 1600 Walters Mill Rd Somerset PA 15510.

Signature: Derrick Rankine
☑ PLAINTIFF  ☐ DEFENDANT
DATE: 9/29/05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

REMARKS: Mailed 10/6/05
12/29/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick Rankine        )
       vs.             )    Civil Action: 03-0313 Erie
Bertolino              )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 10/06/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

By:   Sheila Blessing
      Administrative Clerk
      United States Marshals Service
      Western District of Pennsylvania
      December 29, 2005

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.