U.S. Department of Justice  
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick Rankine | 03-313 Erie |
| DEFENDANT | TYPE OF PROCESS |
| C/O Chapley | |

SERVE AT:  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Chapley  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
SCI-Somerset, 1600 Walters Mill Rd. Somerset PA 15510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  
Derrick Rankine EU5850  
SCI-Fayette  
P.O. Box 9999  
Labelle PA 15450

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

C/O Chapley was seen at SCI-Fayette on 05/25/05 where he paid inmate Dwayne Hill to throw urine on this plaintiff. C/O Chapley works at SCI-Somerset 1600 Walters Mill Rd. Somerset PA 15510. From 6am to 2pm.

Signature of Attorney other Originator requesting service on behalf of:  
Derrick Rankine  
☑ PLAINTIFF  ☐ DEFENDANT  
DATE: 09/29/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

REMARKS: marked 10/6/05 Remailed 11-15-05  
12/29/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/15/80  
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick Rankine )
    vs.                             Civil Action: 03-0313 Erie
Chapley )

## NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 10/06/05 and 11/15/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                                                                   Thomas M. Fitzgerald
                                                                                  United States Marshal
                                                                                  Western District of Pennsylvania

By:  Sheila Blessing
      Administrative Clerk
      United States Marshals Service
      Western District of Pennsylvania
      December 29, 2005

## ORDER

AND NOW, this _____ day of _____, 20____, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

_____