IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK RANKINE**      ) | |
|     **Plaintiff**      ) | |
| )  | C.A. No. 03-313 Erie |
| vs.      ) | District Judge McLaughlin |
| )  | Magistrate Judge Baxter |
| **RAYMOND SOBINA, et al,**      ) | |
|     **Defendants.**      ) | |

**O R D E R**

On January 15, 2004, Plaintiff filed a Motion to Amend the Complaint adding many new Defendants. Document # 6. On February 12, 2004, Plaintiff filed a Motion to Amend the Complaint/Add Parties. Document # 33. This second amendment requested that more new Defendants be added to this case. By Order dated June 14, 2004, this Court granted both motions to amend. Document # 42. However, the Clerk of Courts erroneously did not add any of the new Defendants to the docket in this case and to date, these new Defendants have not been served.

AND NOW, this 12th day of April, 2006;

IT IS HEREBY ORDERED that the Clerk of Courts is directed to add Amenti, Coughenour, Evans, Haywood, Regester, Hainworth, Bakos, Dayton, Miller, Boylan, Neisser, McCool, Beard, O'Hara, James, Bitner, Rosum, White, Brothers, Wadworth, Putnam, Folge, Synder, Labosky, Kodish, Sroka, McCullough, Gauntner, Roman and Bringer, and Visinsky. as Defendants in this case as of today's date. Plaintiff will be responsible for bearing the costs of serving all of these additional Defendants.

IT IS FURTHER ORDERED that a status conference will be held telephonically on Friday, April 28, 2006 at 10:30 am. Counsel for Defendants is directed to initiate the telephonic conference with Plaintiff and then to call the court at 814/464-9632.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten

(10) days may constitute waiver of the right to appeal.


                                        <u>S/ Susan Paradise Baxter</u>
                                        SUSAN PARADISE BAXTER
                                        CHIEF UNITED STATES MAGISTRATE JUDGE