# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick A. Rankine )
)
)
Plaintiff )
vs. )    No.    CA 03-313 Erie
Superintendent Sobina, et al )
)
)
Defendants )

HEARING ON    April 28, 2006    Status Conference

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

Derrick A. Rankine, pro se            Kemal Mericli, Esq., Attorney Gen. Office
                                      Mariah Passarelli, AG

Appear for Plaintiff                  Appear for Defendant

Hearing Begun  10:55                  Hearing Adjourned to  11:32

Hearing concluded C.A.V.              Stenographer Janis Ferguson
                                      CD:          Index:

**WITNESSES**
For Plaintiff                         For Defendant

- Pl made motion to appoint counsel on the record.
- "New" Ds will be dismissed due to Pl's failure to prosecute.
- Court will send A counsel copies of doc 6 & 33 (amd'ed comp)
- Case Management Order will issue separately
- Resp to amended complaints due 5-19-06.
- Discovery to close 7-31-06.
- Dispositive motions due 8-15-06.

                                      C. Jander
                                      Law Clerk