IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK A. RANKINE,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 03-313E |
| | : Judge Sean J. McLaughlin |
| **RAYMOND J. SOBINA, et al.,** | : Magistrate Judge Susan Paradise Baxter |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

AND NOW, come the defendants, Sobina, McNelis, Hughes, Trojan, Mailman, Heckman, Castina, Herdman, Cross, Bertolini, Simosko, Munion, Prince (a.k.a., Pritts), Chapley, Fey, Lucas (a.k.a. Luke), Heiss, Huber, Kromell, Stayer, Delosh, Wilson, Joseph, and Molligan, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mariah L. Passarelli, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1. Please enter the appearance of Mariah L. Passarelli, Deputy Attorney General, for defendants Sobina, McNelis, Hughes, Trojan, Mailman, Heckman, Castina, Herdman, Cross, Bertolini, Simosko, Munion, Prince (a.k.a., Pritts), Chapley, Fey, Lucas (a.k.a. Luke), Heiss, Huber, Kromell, Stayer, Delosh, Wilson, Joseph, and Molligan in the above-captioned case.

Respectfully submitted:

**Thomas W. Corbett, Jr.**
Attorney General

By: /s/ Mariah L. Passarelli
MARIAH L. PASSARELLI
Deputy Attorney General
Attorney I.D. No. 202469

Susan J. Forney
Chief Deputy Attorney General
Litigation Section

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

(412) 565-3579

Date: May 2, 2006

2

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 2, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

Derrick A. Rankine, EU-5850
SCI-Somerset
1600 Walters Mill Road
Somerset, PA 15510-0002

                By:    /s/  Mariah L. Passarelli
                       MARIAH L. PASSARELLI
                       Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219