United States District Court
Western District Pennsylvania
Erie, PA. 16501.

Derrick Rankine
            vs.                              C.A. #03-313 Erie.
Superintendent Sobina et. al.

To The Chief Justice and Judges of Said Court.

Plaintiff, Derrick Rankine, now swears under oath and the penalty of perjury, pursuant to 18 U.S.C.A §1746, that on April 28, 2006, after the status hearing the Plaintiff checked Plaintiff's record and found that:

(a) Plaintiff did attempted to served all 35 named defendants in Plaintiff's Supplemental complaints and these defendants refused to accepted service and instructed Plaintiff to send their complaints to "their lawyer."

(b) Plaintiff then mailed their complaints to the defendants counsel and Secretary Jeffery Beard.

(c) Plaintiff then contacted the United States Marshall's Service to have the subpeonas served on the defendants and the Marshall's Service informed Plaintiff that the Marshall Service cannot served the Supplemental Complaints without an order from Judge Baxter to make such service.

(d) Plaintiff then mailed a number of requests to this Court, to have the Marshall Service served the defendants which the Court have not done as yet.

(2)

So the failure to served the defendants is not the Plaintiffs vault but this Courts.

(2) Since Plaintiff is proceeding in Forma Pauperis and Plaintiff is a pro se prisoner, it is the Courts responsibility to make sure an order is issue to the Marshalls Service to served process on all defendants in Plaintiffs Supplemental Complaints once the complaints are received by the Court. Garvin V City of Philadelphia 354 F3d 215, 220 (C.A 3 PA 2003). Moreover, a motion to supplement a complaint should be freely granted by the Court, especially when the defendants retaliated against the Plaintiff for filing the original complaint as in this case. Id Foreman V Davis 371 U.S. 178, 182-183, 83 S.Ct. 227 (1962).

Wherefore, Plaintiff prays that the Court would issue an order to have the unserved defendants served by the United States Marshall. So let it be done

Respectfully Submitted.
Demick Rankine
EU 5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

04/28/06.

FILED
'06 MAY -4 A10:31
CLERK
U.S. DISTRICT COURT

United States District Court
Western Pennsylvania.

Derrick Rankine
  vs.
Superintendent Sobina et al.

CA# 03-313 Erie.

Proof of Service and Verification.

Plaintiff, Derrick Rankine, swears under oath and the penalty of perjury pursuant to 18 U.S.C. §1746, that all statements made in the within motion are true and that a copy of the within motion is been mailed to Mr. Kamal Mericill, 564 Forbes Avenue, Manor Complex, Pittsburgh PA 15219 today May 2, 2006.

This copy was given to C/O Nelson in a sealed enevelope on May 2, 2006 by Plaintiff to be mailed, with discovery requests.

Respectfully Submitted
Derrick Rankine
EU5850
SCI-Fayette
P.O. Box 9999
LaBelle PA 15450

May 2, 2006.

FILED
'06 MAY -4 A10:31
CLERK
U.S. DISTRICT COURT