DERRICK RANKINE #EU5850
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

To Clerk of Court
United States District
Western District PA
P.O. Box 1820
Erie PA. 16507

INMATE MAIL
DEPT. OF CORRECTIONS

RECEIVED

MAY 0 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 2007
INMATE MAIL - DEPARTMENT OF CORRECTIONS

UNITED STATES POSTAGE
02-1A
0004620013
MAILED FROM ZIP CODE 15450
MAY 02 2006
$ 00.63°
PITNEY BOWES