IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK A. RANKINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-313E |
| | ) | |
| V. | ) | |
| | ) | |
| SUPERINTENDENT RAYMOND J. SOBINA; UNIT MANAGER McNELIS; UNIT COUNSELOR HUGHES; C.O. TROJAN; UNIT MANAGER MAILMAN; C.O. HECKMAN; UNIT COUNSELOR HERDMAN; SGT. CASTINA; MEMBERS OF THE PRC; HEARING EXAMINER CROSS; MARY ANN BERTOLINO; LT. STEVE SIMOSKO; C.O. MUNION; C.O. PRITTS; C.O. CHAPLEY; C.O. FEY; C.O. LUKE; C.O. HEISS; C.O. HUBER; C.O. KROMELL; SGT. STAYER; SGT. DELOSH; LT. T. J. WILSON; JOSEPH; MOLLIGAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Sean J. McLaughlin  Mag. Judge Susan Paradise Baxter |
| Defendants. | ) | Electronically Filed. |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly substitute the appearance of Deputy Attorney General Mariah L. Passarelli for Senior Deputy Attorney General Kemal Alexander Mericli as counsel of record for defendant, Members of the PRC, in conjunction with the above-captioned case.

          Respectfully submitted,

          **Thomas W. Corbett, Jr.**
          Attorney General

BY:    /s/ Mariah L. Passarelli
          MARIAH L. PASSARELLI
          Deputy Attorney General
          PA I.D. No. 202469

          SUSAN J. FORNEY
          Chief Deputy Attorney General
          Chief Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:   May 10, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK A. RANKINE,** | ) | Civil Action No. 03-313E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| **SUPERINTENDENT RAYMOND J. SOBINA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Substitution of Appearance** was electronically filed and/or served upon the following via first-class mail:

DERRICK A. RANKINE
EU-5850
SCI-Somerset
1600 Walters Mill Road
Somerset, PA  15510-0002

                                                BY:   __/s/ Mariah L. Passarelli_____
                                                           MARIAH L. PASSARELLI
                                                           Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:  May 10, 2006