# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK A. RANKINE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-313E |
| | ) | |
| V. | ) | |
| | ) | |
| **SUPERINTENDENT RAYMOND J.** | ) | Judge Sean J. McLaughlin |
| **SOBINA; UNIT MANAGER McNELIS;** | ) | Mag. Judge Susan Paradise Baxter |
| **UNIT COUNSELOR HUGHES; C.O.** | ) | |
| **TROJAN; UNIT MANAGER** | ) | |
| **MAILMAN; C.O. HECKMAN; UNIT** | ) | |
| **COUNSELOR HERDMAN; SGT.** | ) | |
| **CASTINA; MEMBERS OF THE PRC;** | ) | |
| **HEARING EXAMINER CROSS;** | ) | |
| **MARY ANN BERTOLINO; LT.** | ) | |
| **STEVE SIMOSKO; C.O. MUNION;** | ) | |
| **C.O. PRITTS; C.O. CHAPLEY; C.O.** | ) | |
| **FEY; C.O. LUKE; C.O. HEISS; C.O.** | ) | |
| **HUBER; C.O. KROMELL; SGT.** | ) | |
| **STAYER; SGT. DELOSH; LT. T. J.** | ) | |
| **WILSON; JOSEPH; MOLLIGAN,** | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment** it is hereby **ORDERED** that this motion is **GRANTED**.

BY THE COURT;

_____
J.