IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK A. RANKINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-313E |
| | ) | |
| V. | ) | |
| | ) | |
| SUPERINTENDENT RAYMOND J. | ) | Judge Sean J. McLaughlin |
| SOBINA; UNIT MANAGER McNELIS; | ) | Mag. Judge Susan Paradise Baxter |
| UNIT COUNSELOR HUGHES; C.O. | ) | |
| TROJAN; UNIT MANAGER | ) | |
| MAILMAN; C.O. HECKMAN; UNIT | ) | |
| COUNSELOR HERDMAN; SGT. | ) | |
| CASTINA; MEMBERS OF THE PRC; | ) | |
| HEARING EXAMINER CROSS; | ) | |
| MARY ANN BERTOLINO; LT. | ) | |
| STEVE SIMOSKO; C.O. MUNION; | ) | |
| C.O. PRITTS; C.O. CHAPLEY; C.O. | ) | |
| FEY; C.O. LUKE; C.O. HEISS; C.O. | ) | |
| HUBER; C.O. KROMELL; SGT. | ) | |
| STAYER; SGT. DELOSH; LT. T. J. | ) | |
| WILSON; JOSEPH; MOLLIGAN, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## DECLARATION OF TRACY POLLOCK

I, Tracy Pollock, verify that the foregoing information is true and correct to the best of my personal knowledge or information and belief.

1. I am presently employed by the Commonwealth of Pennsylvania, Department of Corrections, as an Administrative Officer II in the Grievance Review Office. As part of my duties, I am responsible for reviewing grievance records of appeals.

2. At the request of the Office of Attorney General, I reviewed the grievance records of inmate Derrick A. Rankine, inmate number EU-5850, in relation to the above-captioned case.

3. I specifically searched our database for grievance number 69970, and determined that that grievance had been appealed to final review, but was dismissed as untimely and thus, never exhausted.

4. I completed and signed a declaration to this effect on May 12, 2006.

5. Grievance number 69970 that is found in inmate Rankine's records, and to which I referred in my previous declaration, is a document dated December 11, 2003.

This statement and verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to sworn falsification to authorities, which provides that if I make knowingly false statements, I may be subjected to criminal penalties.

Tracy Pollock

Date: 9-11-06