IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK RANKINE,  )
       Plaintiff,  )
       )  Civil Action No. 03-313 Erie
v.  )
RAYMOND SOBINA, et al.,  )
       Defendants.  )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 1, 2003, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 113], filed on September 29, 2006, recommended that the motion for summary judgment, or in the alternative, motion to dismiss [Doc. No. 108] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of October, 2006;

IT IS HEREBY ORDERED that the motion for summary judgment, or in the alternative, motion to dismiss [Doc. No. 108] is GRANTED.

The Report and Recommendation [Doc. No. 113] of Magistrate Judge Baxter, filed on September 29, 2006, is adopted as the opinion of the Court.

                              s/  Sean J. McLaughlin
                              United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge